UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARETTA SIBERT-DEAN | : |
| Plaintiff, | : |
| v. | : |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | : |
| Defendant. | : CASE NO.1:08-cv-02145 (RMU) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | : |
| Third Party Plaintiff, | : |
| v. | : |
| NORMA JEAN WOODSON | : |
| Third Party Defendant. | : |

## WMATA AND WOODSON'S JOINT RULE 26(a)(2)(B) EXPERT DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), WMATA and Norma Jean Woodson ("Woodson"), through counsel, hereby designate the following expert witnesses:

1. Kevin McGrail, MD, FACS
   Department of Neurosurgery
   Georgetown University Medical Center
   3800 Reservoir Road, NW
   Washington, D.C.  20007
   (202) 444-4972

Dr. McGrail is a board certified neurosurgeon.  Attached hereto, marked as McGrail Exhibits A-E in the following order are:  A) Dr. McGrail's signed report containing his opinions, bases therefore and material reviewed; B) his *curriculum vitae;* C) his list of cases in

which he has testified as an expert and D) his Fee Schedule and E) his invoices showing his time thus far expended in this case together with amount billed. WMATA and Woodson expressly reserve the right to have Dr. McGrail amend and/or supplement his report based on the fact that WMATA and Woodson are still gathering Plaintiff's medical records, MRIs and other radiological studies from her health care providers; and WMATA and Woodson were not able to depose Plaintiff's neurological expert, Kenneth Sweeney, MD until March 9, 2010. Because Dr. Sweeney's report did not set forth the bases for his opinion other than a simple conclusion of a causal relation between the accident and Plaintiff's carotid artery dissection 4 months later, WMATA and Woodson reserve the right to for Dr. McGrail to supplement and/or amend his opinions after he has an opportunity to review Dr. Sweeney's deposition. WMATA and Woodson reserve the right, during Dr. McGrail's testimony, to have him use anatomical models of the brain as well as rely on any radiological images of Plaintiff's brain and/or carotid artery, including but not limited to MRIs and CAT scans

2. Dr. Jeffrey Abend
Orthopedic Associates P.A.
2101 Medical Park Drive
Silver Spring, Maryland  20902
(301) 681-5400

Dr. Abend is a board certified orthopedic surgeon. Attached hereto, marked as Abend Exhibits A-D in the following order are: A) Dr. Abend's signed report containing his opinions, his bases therefore and the material he reviewed; B) his *curriculum vitae;* C) his list of cases in which he has testified as an expert and D) his invoices showing his time thus far expended in this case and amount billed. WMATA and Woodson expressly reserve the right to have Dr. Abend amend and/or supplement his report based on the fact that WMATA and Woodson are still gathering Plaintiff's medical records, MRIs and other radiological studies from

her health care providers and WMATA and Woodson were not able to depose Plaintiff's orthopedic expert, Edwin Fulton, MD until March 10, 2010. WMATA and Woodson reserve the right, during Dr. Abend's testimony, to have him use anatomical models and /or medical drawings of the shoulder or spine as well as any MRIs, Xrays or other radiological studies of Plaintiff's spine and shoulder.

**Respectfully submitted,**

/s/ Janice L. Cole
Janice L. Cole
Kathleen A. Carey
Associates General Counsel-WMATA
600 Fifth Street, N. W.
Washington, D.C. 20001
(202) 962-2543
(202) 962-2550 (fax)
jlcole@wmata.com

/s/ Andre M. Forte
Andre M. Forte
Timothy Fisher
McCarthy Wilson LLP
210 E. Lexington Street, Suite 300
Baltimore, MD 21202
Counsel for Third Party Defendant Woodson
(410) 528-7700
(410) 528-7736 (fax)

## Certificate of Service

I hereby certify that a copy of the foregoing was sent via the Court's electronic filing system this 10th day of March 2010 to:

Andre M. Forte
Timothy Fisher
McCarthy Wilson LLP
210 E. Lexington Street, Suite 300
Baltimore, MD 21202
Counsel for Third Party Defendant Woodson

Henry L. Belsky
Michael Belsky
Lindsay C. Cooper
Schlachman, Belsky & Weiner, P.A.
300 East Lombard Street, Ste. 1100
Baltimore, MD 21202
Counsel for Plaintiff

And

Peter Grenier
Jacob Lebowitz
Bode and Grenier LLP
1150 Connecticut Avenue, N.W.
9th Floor, Connecticut Building
Washington, DC 20036
(202) 828-4100
Counsel for Plaintiff

/s/ Janice L. Cole
Janice L. Cole