**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| **MARGARETTA SIBERT-DEAN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-02145 (BAH) |
| ) | |
| **WASHINGTON METROPOLITAN** ) | |
| **AREA TRANSIT AUTHORITY** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S (1) RESPONSE TO DEFENDANT WMATA'S MOTION TO ENTER JUDGMENT REFLECTING A PRO RATA CREDIT**
**AND (2) PROPOSED ORDER OF JUDGMENT**

COMES NOW Plaintiff Margaretta Sibert-Dean, by counsel, and respectfully submits that she does not object to Defendant WMATA being entitled to a pro rata reduction of the September 30, 2011, jury verdict of $675,000.00 in this action. However, in order to create a proper record, the judgment form should reflect the verdicts rendered in the case. Plaintiff attaches her proposed Order of Judgment. Plaintiff will file an Opposition to Defendant WMATA's Motion For a New Trial, filed contemporaneously with the Motion to Enter Judgment Reflecting Pro Rata Credit, by the October 24, 2011, deadline.

        Respectfully submitted,

         /s/ *Jacob M. Lebowitz*
By:    Peter C. Grenier (D.C. Bar # 418570)
        Jacob M. Lebowitz (D.C. Bar # 483742)
        1150 Connecticut Avenue, N.W.
        9th Floor, Connecticut Building
        Washington, D.C. 20036
        (202) 828-4100
        (202) 828-4130 (fax)
        *Counsel for Plaintiff*

Dated: October 18, 2011

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of October, 2011, I served a true and correct copy of the foregoing Plaintiff's (1) Response to Defendant WMATA's Motion to Enter Judgment Reflecting A Pro Rata Credit and (2) Proposed Order of Judgment by electronic filing to:

    Michael J. Belsky, Esq.
    SCHLACHMAN, BELSKY & WEINER, P.A.
    300 East Lombard Street
    Suite 1100
    Baltimore, MD 21202
    (410) 685-2022
    Fax: (410) 296-5880
    *Counsel for Plaintiff*

    Kathleen A. Carey, Esq.
    Mark F. Sullivan, Esq.
    Janice L. Cole, Esq.
    WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
    600 5th Street, N.W.
    Washington, D.C. 20001
    *Counsel for Defendant - WMATA*

    Robert Brian Hetherington
    MCCARTHY WILSON, LLP
    210 East Lexington Street
    Suite 300
    Baltimore, MD 21202
    (410) 528-7700
    Fax: 410-528-7736
    *Counsel for Third-Party Defendant*

                                        /s/   Jacob M. Lebowitz
                                        Jacob M. Lebowitz