## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARGARETTA SIBERT-DEAN,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,<br><br>    Defendant / Third-Party Plaintiff<br><br>    v.<br><br>NORMA JEAN WOODSON<br><br>    Third-Party Defendant. | Civil Action No. 08-2145 (BAH)<br>Judge Beryl A. Howell |

## **ORDER OF JUDGMENT**

TO THE CLERK:

    An eight-member jury was selected in this matter on September 21, 2011. After a trial ending on September 29, 2011, the jury began their deliberations. The jury reached a unanimous verdict on September 30, 2011.

    On Question 1, the jury found that Defendant Washington Metropolitan Area Transit Authority ("WMATA") was negligent and that WMATA's negligence was a cause of the subject February 14, 2006, motor vehicle accident.

    On Question 2, the jury found that Third-Party Defendant Norma Jean Woodson ("Woodson") was negligent and that her negligence was a cause of the subject February 14, 2006, motor vehicle accident.

    On Question 3, the jury found that Plaintiff's injuries were proximately caused by the subject February 14, 2006, motor vehicle accident.

    On Question 4, the jury awarded Plaintiff SIX HUNDRED AND SEVENTY FIVE THOUSAND DOLLARS ($675,000.00) in compensatory damages.

Prior to filing her Complaint against WMATA, Plaintiff entered into a settlement agreement with Third Party Defendant Woodson, on August 19, 2008. Pursuant to the jury verdict, Washington Metropolitan Area Transit Authority and Norma Jean Woodson were adjudicated joint tortfeasors in connection with the subject motor vehicle accident of February 14, 2006.

Pursuant to the prior settlement between Woodson and Plaintiff, and in combination with the adjudication of both WMATA and Woodson as joint tortfeasors, WMATA is entitled to a pro rata credit based upon Plaintiff's prior settlement with Third-Party Defendant Woodson.

Therefore, it is hereby Ordered:

1. On Count I (negligence) of Plaintiff's Complaint, the Clerk shall enter judgment in favor of Plaintiff, Margaretta Sibert-Dean, against Defendant Washington Metropolitan Area Transit Authority in the amount of $337,500.00, with post-judgment interest accruing from the date of entry of this judgment at the statutory rate, plus costs;

2. On the Third-Party Complaint, the Clerk shall enter judgment in favor of Third-Party Plaintiff Washington Metropolitan Area Transit Authority against Third-Party Defendant Norma Jean Woodson in the amount of $0.

IT IS SO ORDERED.

**DATE: DECEMBER 4, 2011**

/s/ *Beryl A. Howell*
BERYL A. HOWELL
United States District Judge