AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| MARGARETTA SIBERT-DEAN ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 08-2145 BAH |
| WMATA ) | |
| Defendant ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☑ the plaintiff *(name)* Margaretta Sibert-Dean recover from the defendant *(name)* Washington Metro Area Transit Authority the amount of Three hundred thirty seven thousand five hundred dollars ($ 337,500.00 ), which includes prejudgment interest at the rate of 0.00 %, plus postjudgment interest at the rate of 0.13 %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge Beryl A. Howell presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 12/12/2011

ANGELA D. CAESAR, CLERK OF COURT

*[signature]*

Signature of Clerk or Deputy Clerk