# EXHIBIT 1

**LCvR 54.1(d)(6)**

# INVOICE



**CAPITAL**
REPORTING COMPANY®

*Offices Nationwide*

Questions?
(866) 448 - DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 54413 | 1/7/2010 | 34691 |

| Job Date | Case No. |
|---|---|
| 12/30/2009 | 1:08-CV-02145 (RMU) |

**Case Name**

Margaretta Sibert-Dean vs. WMATA

**Payment Terms**

Due upon receipt

Lindsay Cooper
Schlachman Belsky Weiner, PA
20 South Charles Street
10th Floor
Baltimore, MD 21201

| | | | | |
|---|---|---|---|---|
| ORIGINAL TRANSCRIPT OF: | | | | |
| Dante D. Dinkins | 113.00 Pages | @ | 3.65 | 412.45 |
| Exhibits | 5.00 Pages | @ | 0.00 | 0.00 |
| ORIGINAL TRANSCRIPT OF: | | | | |
| Patricia Shelton | 120.00 Pages | @ | 3.65 | 438.00 |
| Exhibits | 6.00 Pages | @ | 0.00 | 0.00 |
| Shipping | | | 20.00 | 20.00 |

**TOTAL DUE >>>     $870.45**

Did you know that Capital Reporting Company is a national company? We have your deposition covered any city, any day, any time!

Please remit all payments to our Washington, D.C. address below. If you choose to pay with a credit card, a processing fee of 2.5% will
be applied for Mastercard/Visa, and 3.0% fee for American Express.

**Tax ID:** 20-0203552

Phone: 410-685-2022     Fax:410-783-4771



**Offices Nationwide**

Questions?
(866) 448 - DEPO (3376)

# I JVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 55450 | 2/2/2010 | 35865 |
| **Job Date** | **Case No.** | |
| 1/22/2010 | 1:08-CV-02145 (RMU) | |
| **Case Name** | | |
| Margaretta Sibert-Dean vs. WMATA | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Lindsay Cooper
Schlachman Belsky Weiner, PA
20 South Charles Street
10th Floor
Baltimore, MD 21201

*124418,1*

| | | | | | |
|---|---|---|---|---|---|
| ORIGINAL TRANSCRIPT OF: | | | | | |
| Barry J. Goldman | 86.00 | Pages | @ | 3.65 | 313.90 |
| Exhibits | | | | 0.00 | 0.00 |
| ORIGINAL TRANSCRIPT OF: | | | | | |
| Alan O. Denney | 68.00 | Pages | @ | 3.65 | 248.20 |
| Exhibits | | | | 0.00 | 0.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Michael Anthony Cooper | 75.00 | Pages | @ | 2.75 | 206.25 |
| Exhibits: Color Copies | 2.00 | Pages | @ | 0.50 | 1.00 |
| Shipping | | | | 20.00 | 20.00 |

**TOTAL DUE  >>>**                                  **$789.35**

Did you know that Capital Reporting Company is a national company?  We have your deposition covered any city, any day, any time!

Please remit all payments to our Washington, D.C. address below.  If you choose to pay with a credit card, a processing fee of 2.5% will be applied for Mastercard/Visa, and 3.0% fee for American Express.

**Tax ID:** 20-0203552

Phone: 410-685-2022    Fax:410-783-4771

*Please detach bottom portion and return with payment.*

Lindsay Cooper
Schlachman Belsky Weiner, PA
20 South Charles Street
10th Floor
Baltimore, MD 21201

Job No.   : 35865        BU ID      :1-MAIN
Case No.  : 1:08-CV-02145 (RMU)
Case Name : Margaretta Sibert-Dean vs. WMATA

Invoice No.  : 55450         Invoice Date :2/2/2010
**Total Due  :  $ 789.35**

Remit To: **Capital Reporting Company**
          **1821 Jefferson Place, NW**
          **3rd Floor**
          **Washington, DC  20036**

**PAYMENT WITH CREDIT CARD**   AMEX  mastercard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

LegaLink, Inc. - A Merrill Company
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 308638 | 03/23/2010 | 01-174654 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/09/2010 | DARKCO | 1:08 CV 02145 |

| CASE CAPTION |
|---|
| Sibert-Dean -v- Washington Metropolitan Area Transit Aut |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Michael J. Belsky, Esquire
Schlachman, Belsky & Weiner, P.A.
300 E. Lombard St.
Suite 1100
Baltimore, MD 21202

1 CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
  Kenneth Murray, M.D.                    105 Pages                    262.50

                                    TOTAL  DUE  >>>>        262.50

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For credit card payments, please call (866) 550-1934
Thank you for choosing Merrill LAD. We appreciate your business.

TAX ID NO. : 20-2665382                        (410) 685-2022   Fax (410) 783-4771

*Please detach bottom portion and return with payment.*

Michael J. Belsky, Esquire
Schlachman, Belsky & Weiner, P.A.
300 E. Lombard St.
Suite 1100
Baltimore, MD 21202

Invoice No.:  308638
Date      :  03/23/2010
**TOTAL DUE** :     262.50


Job No.   :  01-174654
Case No.  :  1:08 CV 02145 (RMU)
Sibert-Dean -v- Washington Metropoli

Remit To:   **LegaLink, Inc.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282  Fax (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 309723 | 03/30/2010 | 01-174989 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/10/2010 | HAMIJA | 1:08 CV 02145 |

| CASE CAPTION |
|---|
| Sibert-Dean -v- Washington Metropolitan Area Transit Aut |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Michael J. Belsky, Esquire
Schlachman, Belsky & Weiner, P.A.
300 E. Lombard St.
Suite 1100
Baltimore, MD 21202

| | | | |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF: | | | |
| Edwin Fulton, M.D. | 68 Pages | | 170.00 |
| Shipping & Handling | | | 15.00 |
| | | TOTAL DUE  >>>> | 185.00 |

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For credit card payments, please call (866) 550-1934
Thank you for choosing Merrill LAD. We appreciate your business.

TAX ID NO. : 20-2665382                              (410) 685-2022    Fax (410) 783-4771

*Please detach bottom portion and return with payment.*

Michael J. Belsky, Esquire
Schlachman, Belsky & Weiner, P.A.
300 E. Lombard St.
Suite 1100
Baltimore, MD 21202

Invoice No.:  309723
Date      :  03/30/2010
**TOTAL DUE** :    185.00

Job No.   :  01-174989
Case No.  :  1:08 CV 02145 (RMU)
Sibert-Dean -v- Washington Metropoli

Remit To:   **Merrill LAD**
            **P.O. Box 630484**
            **Baltimore, MD 21263**

# ‗NVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027   Fax:410-685-6361

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 34173 | 6/22/2010 | 27712 |
| **Job Date** | **Case No.** | |
| 6/14/2010 | 1:08-cv-02145 (RMU) | |
| **Case Name** | | |
| Margaretta Sibert-Dean v. WMATA | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Shaun Owens, Esquire
Schlachman, Belsky & Weiner, P.A.
300 East Lombard Street - S/1100
Baltimore MD 21202

For the Videotaped Deposition of:
  Kenneth Murray, M.D.
    Video: First Two Hours                                                                325.00
    Video: Each Additional Hour/In Half Hour Increments          2.50  Hours             237.50
                                                         **TOTAL DUE  >>>**           **$562.50**

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client
makes full or partial payment of an invoice!

**Tax ID:** 52-0845831

*Please detach bottom portion and return with payment.*

Shaun Owens, Esquire
Schlachman, Belsky & Weiner, P.A.
300 East Lombard Street - S/1100
Baltimore MD 21202

Invoice No.    :  34173
Invoice Date  :  6/22/2010
**Total Due**     :  **$ 562.50**

Remit To:  **Gore Brothers Reporting & Video**
           **20 South Charles Street**
           **Suite 901**
           **Baltimore MD 21201**

Job No.      :  27712
BU ID        :  1-MAIN
Case No.     :  1:08-cv-02145 (RMU)
Case Name    :  Margaretta Sibert-Dean v. WMATA

# INVOICE

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027  Fax:410-685-6361

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 34216 | 6/22/2010 | 27710 |
| **Job Date** | **Case No.** | |
| 6/14/2010 | 1:08-cv-02145 (RMU) | |
| **Case Name** | | |
| Margaretta Sibert-Dean v. WMATA | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Shaun Owens, Esquire
Schlachman, Belsky & Weiner, P.A.
300 East Lombard Street - S/1100
Baltimore MD  21202

For the Original & 1/Index of the Medical Transcript of:

| | | |
|---|---|---|
| Kenneth James Murray, M.D. | 185.00 Pages | 777.00 |
| Transcript/Exhibit PDF's, Repository, Archiving and DepoLaunch | | 20.00 |
| Process & Handling | | 17.00 |
| Signed Order Form | | 0.00 |
| Reading & Signing | | 35.00 |

**TOTAL DUE  >>>**          **$849.00**

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!

849.00
562.50
1,411.50

124418.1

**Tax ID:** 52-0845831

*Please detach bottom portion and return with payment.*

Shaun Owens, Esquire
Schlachman, Belsky & Weiner, P.A.
300 East Lombard Street - S/1100
Baltimore MD  21202

| | | |
|---|---|---|
| Invoice No. | : | 34216 |
| Invoice Date | : | 6/22/2010 |
| **Total Due** | : | **$ 849.00** |

Remit To: **Gore Brothers Reporting & Video**
          **20 South Charles Street**
          **Suite 901**
          **Baltimore MD  21201**

| | | |
|---|---|---|
| Job No. | : | 27710 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:08-cv-02145 (RMU) |
| Case Name | : | Margaretta Sibert-Dean v. WMATA |

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282    Fax (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 316152 | 06/14/2010 | 01-179431 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/28/2010 | KRAUDA | 1:08 CV 02145 |

| CASE CAPTION | | |
|---|---|---|
| Sibert-Dean -v- Washington Metropolitan Area Transit Aut | | |

| TERMS | | |
|---|---|---|
| Immediate, sold FOB Merrill facility | | |

Peter C. Grenier, Esquire
Bode & Grenier, LLP
1150 Connecticut Avenue, N.W.
9th Floor
Washington, DC 20036-4192

```
1 CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
    Rochelle Lewis                        54 Pages              135.00
        Shipping & Handling                                      15.00

                              TOTAL  DUE  >>>>              150.00
```

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For credit card payments, please call (866) 550-1934
Thank you for choosing Merrill LAD. We appreciate your business.

TAX ID NO. :  20-2665382                                   (202) 828-4100    Fax  (202) 835-3219

*Please detach bottom portion and return with payment.*

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax  (301) 762-0606

329
c Tc
6

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 318715 | 07/01/2010 | 04-181065 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/22/2010 | MINGLI | 1:08 CV 02145 |

| CASE CAPTION |
|---|
| Sibert-Dean -v- Washington Metropolitan Area Transit Aut |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Peter C. Grenier, Esquire
Bode & Grenier, LLP
1150 Connecticut Avenue, N.W.
9th Floor
Washington, DC 20036-4192

```
ORIGINAL TRANSCRIPT AND WORD INDEX OF:
    Kevin McGrail, M.D.                    90 Pages            319.50
         Shipping & Handling                                    15.00

                                    TOTAL   DUE   >>>>          334.50

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For credit card payments, please call (866) 550-1934
Thank you for choosing Merrill LAD. We appreciate your business.
```

**TAX ID NO. :**  20-2665382                          (202) 828-4100    Fax  (202) 835-3219

# INVOICE 329

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027  Fax:410-685-6361

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 35268 | 7/20/2010 | 27559 |
| **Job Date** | **Case No.** | |
| 6/28/2010 | 1:08-cv-02145 (RMU) | |
| **Case Name** | | |
| Margaretta Sibert-Dean v WMATA / WMATA v Woodson | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jacob M. Lebowitz, Esquire
Bode & Grenier, LLP
1150 Connecticut Avenue, N.W.
Ninth Floor, Connecticut Building
Washington DC  20036

For the Original & 1/Index of the Medical Transcript of:

| | | | |
|---|---|---|---|
| Jeffrey A. Abend, M.D. | 85.00 | Pages | 331.50 |
| Exhibits: Scan / Copy - Black & White | 22.00 | Pages | 5.50 |
| Reading & Signing | | | 35.00 |
| Process & Handling | | | 17.00 |
| Signed Order Form | | | 0.00 |
| | | **TOTAL DUE  >>>** | **$389.00** |

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client makes full or partial payment of an invoice!

**Tax ID:** 52-0845831

# I**VOICE**

Gore Brothers Reporting & Video
20 South Charles Street
Suite 901
Baltimore MD 21201
Phone:410- 837-3027   Fax:410-685-6361

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 49166 | 9/20/2011 | 27712 |
| **Job Date** | **Case No.** | |
| 6/14/2010 | 1:08-cv-02145 (RMU) | |
| **Case Name** | | |
| Margaretta Sibert-Dean v WMATA / WMATA v Woodson | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Michael J. Belsky, Esquire
Schlachman, Belsky & Weiner, P.A.
300 East Lombard Street - S/1100
Baltimore MD 21202

For the Videotaped Deposition of:

    Kenneth Murray, M.D.

       Video Synchronization Copy                                              450.00

       Process & Handling - Overnight UPS                              35.00

                                      **TOTAL DUE  >>>**        **$485.00**

Ordered By   : Jacob M. Lebowitz, Esquire
             Bode & Grenier, LLP
             1150 Connecticut Avenue, N.W.
             Ninth Floor, Connecticut Building
             Washington, DC 20036

In legal matters we look to the attorney for payment of any balance due and owing on our invoice, not their client, even if their client
makes full or partial payment of an invoice!

**Tax ID:** 52-0845831

*Please detach bottom portion and return with payment.*

Michael J. Belsky, Esquire
Schlachman, Belsky & Weiner, P.A.
300 East Lombard Street - S/1100
Baltimore MD 21202

| | | |
|---|---|---|
| Invoice No. | : | 49166 |
| Invoice Date | : | 9/20/2011 |
| **Total Due** | : | **$ 485.00** |

Remit To: **Gore Brothers Reporting & Video**
          **20 South Charles Street**
          **Suite 901**
          **Baltimore MD 21201**

| | | |
|---|---|---|
| Job No. | : | 27712 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:08-cv-02145 (RMU) |
| Case Name | : | Margaretta Sibert-Dean v WMATA / WMATA v Woodson |

LegaLink, Inc. - A Merrill Company
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 296194 | 10/22/2009 | 01-161963 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/01/2009 | SCHNLE | 1:08 CV 02145 |

**CASE CAPTION**

Sibert-Dean -v- Washington Metropolitan Area Transit Aut

**TERMS**

Immediate, sold FOB Merrill facility

Henry L. Belsky, Esquire
Schlachman, Belsky & Weiner, P.A.
20 South Charles Street
10th Floor
Baltimore, MD 21201

1 COPY & INDEX OF TRANSCRIPT OF:
  Margaret Sibert-Dean

1 COPY & INDEX OF TRANSCRIPT OF:
  Norma Jean Woodson

| | | |
|---|---|---|
| 179 Pages | | 447.50 |
| 55 Pages | | 137.50 |
| TOTAL DUE >>>> | | 585.00 |

INVOICE DUE UPON RECEIPT AND IS NOT CON
For billing questions, please call (301
Thank you for choosing L.A.D. We apprec

NT.

TAX ID NO. : 20-2665382

(410) 685-2022    Fax (410) 783-4771

*Please detach bottom portion and return with payment.*

Henry L. Belsky, Esquire
Schlachman, Belsky & Weiner, P.A.
20 South Charles Street
10th Floor
Baltimore, MD 21201

Invoice No.:  296194
Date        :  10/22/2009
**TOTAL DUE**  :      585.00

Job No.   :  01-161963
Case No.  :  1:08 CV 02145 (RMU)
Sibert-Dean -v- Washington Metropoli

Remit To:   LegaLink, Inc.
            P.O. Box 630484
            Baltimore, MD 21263

**LCvR 54.1(d)(8)**

 

# Invoice

| Invoice Date | Invoice # |
|---|---|
| 9/27/2011 | 09-11-02317 |

Bill To

Bode & Griener, LLP
1150 Connecticut Ave
9th Floor
Washington, DC 20036

**PLEASE REMIT TO:**

Capitol Technology Centre, Inc
1275 K Street NW
Suite G-11
Washington, DC 20005
202-437-5952

| Client / Matter | Job No. | Terms | Due Date |
|---|---|---|---|
| 329 | 002317 | Net 30 | 10/27/2011 |

| Item | Qty | Description | Rate | Amount |
|---|---|---|---|---|
| | | Duplicate client originals x 1 | | |
| Oversize | 6 | Oversize Black & White Copy | 0.75 | 4.50T |
| Oversize Color | 18 | Scan Oversize Color & Print . | 9.50 | 171.00T |
| Mounting | 24 | Foamcore or Gator board | 5.00 | 120.00T |
| | | Sales Tax | 6.00% | 17.73 |

| Client care is our # 1 priority. All projects are 100% quality guaranteed! | **Total** | $313.23 |
|---|---|---|

# Legal Images of Baltimore, LLC
*The Document Production Company* ®

7 East Redwood Street, Suite 800  Baltimore, Maryland 21202

**DATE**
August 26, 2011

**INVOICE #**
88997

**BILL TO :**
Schlachman, Belsky & Weiner
300 East Lombard Street
Suite #1100
Baltimore, MD  21202

Pat Shaffer
300 East Lombard Street
Suite #1100
Baltimore, MD  21202

## * * *  I N V O I C E  * * *

| WORK ORDER # | TERMS | SALES REP. | SHIP DATE | SHIPPED VIA | CLIENT REFERENCE # |
|---|---|---|---|---|---|
| 86391 | Net Due | Andrew | 8/26/11 | Hand Deliver | 124418/1 |

| QUANTITY | ITEM CODE | DESCRIPTION | UNIT PRICE | EXTENTION |
|---|---|---|---|---|
| 8,440 | Copy.03 | C Work - Medium Litigation | 0.10 | 844.00 |
| 13 | Color.02 | 8.5" x 11" Color Copies | 0.75 | 9.75 |
| 560 | Tabs.03 | Index/Exhibit Tabs (Letter Size) | 0.30 | 168.00 |
| 8 | Tab.01 | Custom Tab | 1.00 | 8.00 |
| 8 | Bind.02 | 2" 3 Ring Binder (s) | 10.00 | 80.00 |
| 8 | Bind.04 | 4" 3 Ring Binder (s) | 18.00 | 144.00 |

*Siebert*

### Thank you for choosing  Legal Images !

Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 30 days.

**Please Pay From This Invoice.  -Please- Include Invoice #  With Payment.**

Received  By: _____    Date _____

| | |
|---|---|
| **Taxable Invoice** | 1253.75 |
| **Sales Tax** | 75.23 |
| **Non-Taxable Invoice amt.** | 0.00 |
| *Total due* | **1328.98** |

**Federal Tax ID Number: 68-0506038**

Telephone Number: 410-727-0505
Fax Number: 410-727-6839

# Legal Images of Baltimore, LLC
*The Document Production Company*

7 East Redwood Street, Suite 800  Baltimore, Maryland 21202

**DATE**
September 19, 2011

**INVOICE #**
**89282**

**BILL TO :**
Schlachman, Belsky & Weiner
300 East Lombard Street
Suite #1100
Baltimore, MD  21202

Pat Shaffer
300 East Lombard Street
Suite #1100
Baltimore, MD  21202

# * * * I N V O I C E * * *

| WORK ORDER # | TERMS | SALES REP. | SHIP DATE | SHIPPED VIA | CLIENT REFERENCE # |
|---|---|---|---|---|---|
| 86684 | Net Due | Andrew | 9/19/11 | Hand Deliver | Sibert-Dean |

| QUANTITY | ITEM CODE | DESCRIPTION | UNIT PRICE | EXTENTION |
|---|---|---|---|---|
| 3 | EXHIBIT.01 | 24" x 36" Color Plot & Mount | 128.00 | 384.00 |

## Thank you for choosing  Legal Images !

Your signature below is an agreement that the above described work has been
authorized and received. The party above assures payment of this invoice within 30
days.

**Please Pay From This Invoice.  -Please- Include Invoice #  With Payment.**

Received  By: _____   Date _____

| | |
|---|---|
| **Taxable Invoice** | 384.00 |
| **Sales Tax** | 23.04 |
| **Non-Taxable Invoice amt.** | 0.00 |
| *Total due* | **407.04** |

**Federal Tax ID Number: 68-0506038**

Telephone Number:  410-727-0505
Fax Number:  410-727-6839

| Select | Dept. ID | Page Total/Page Limits Total Total Prints | Color Color Scan | Black Black Copy | Black Scan | Black Print |
|---|---|---|---|---|---|---|
| | 327 | | | | | |
| ○ | 328 | 0 | 0 | 0 | 0 | 0 |
| ○ | 329 | 4248 | 5 | 2270 | 210 | 1978 |
| ○ | 330 | 16 | 0 | 2 | 0 | 14 |
| ○ | 331 | 0 | 0 | 0 | 0 | 0 |
| ○ | 332 | 140 | 0 | 140 | 10 | 0 |
| ○ | 333 | 0 | 0 | 0 | 0 | 0 |
| ○ | 334 | 7 | 5 | 7 | 3 | 0 |
| ○ | 335 | 2 | 1 | 2 | 0 | 0 |
| ○ | 336 | 127 | 5 | 127 | 73 | 0 |
| ○ | 337 | 0 | 0 | 0 | 0 | 0 |
| ○ | 338 | 26 | 1 | 26 | 4 | 0 |
| ○ | 339 | 0 | 0 | 0 | 0 | 0 |
| ○ | 340 | 0 | 134 | 0 | 21 | 0 |
| ○ | 341 | 0 | 0 | 0 | 0 | 0 |
| ○ | 342 | 0 | 0 | 0 | 0 | 0 |
| ○ | 343 | 0 | 0 | 0 | 0 | 0 |
| ○ | 344 | 0 | 0 | 0 | 0 | 0 |
| ○ | 345 | 0 | 0 | 0 | 0 | 0 |
| ○ | 346 | 0 | 0 | 0 | 0 | 0 |
| ○ | 347 | 0 | 0 | 0 | 0 | 0 |
| ○ | 348 | 0 | 0 | 0 | 0 | 0 |
| ○ | 349 | 0 | 0 | 0 | 0 | 0 |
| ○ | 350 | 0 | 0 | 0 | 0 | 0 |
| ○ | 351 | 0 | 0 | 0 | 0 | 0 |
| ○ | 352 | 0 | 0 | 0 | 0 | 0 |
| ○ | 353 | 0 | 0 | 0 | 0 | 0 |
| ○ | 354 | 0 | 0 | 0 | 0 | 0 |
| ○ | | 0 | 0 | 0 | 0 | 0 |

4248 copies
x .15
637.20

SCHLACHMAN, BELSKY & WEINER, P.A.   ATTORNEYS AT LAW   CLIENT EXPENSE ACCOUNT

VENDOR:                                                                                    CHECK NO: 60261

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|

Sibert-Dean                                    Legal Images of Baltimore, LLC
124418.1                                       Invoice 80295
for: copies of med records
MJB/pas                          121223.1   Credit Fusco - $266.31
                                               Charge Siebert Dean - $444.39

---

**SCHLACHMAN, BELSKY & WEINER, P.A.**            **M&T Bank**                    60261
ATTORNEYS AT LAW                                 7-11/520
CLIENT EXPENSE ACCOUNT                           CHECK NO.    CHECK DATE    VENDOR NO.
300 E. LOMBARD STREET, SUITE 1100 · (410) 685-2022
BALTIMORE, MD 21202-3245                                      3/2/10
FED. ID. #52-1141866

PAY                                                             CHECK AMOUNT

**One-hundred-seventy-eight-dollars and 08/100**                $178.08

TO THE
ORDER    Legal Images of Baltimore, LLC
OF
                                                 SCHLACHMAN, BELSKY & WEINER, P.A.

                                                 NON-NEGOTIABLE

⑆060261⑆ ⑆052000113⑆ 172 9971 5⑈         VOID AFTER SIX MONTHS

## Legal Images of Baltimore, LLC
*The Document Production Company*

East Redwood Street, Suite 800  Baltimore, Maryland 21202

| DATE | INVOICE # |
|---|---|
| June 15, 2010 | 82298 |

**BILL TO :**

Schlachman, Belsky & Weiner
300 East Lombard Street
Suite #1100
Baltimore, MD  21202

Jennifer Boyle
300 East Lombard Street
Suite #1100
Baltimore, MD  21202

## * * * I N V O I C E * * *

| WORK ORDER # | TERMS | SALES REP. | SHIP DATE | SHIPPED VIA | CLIENT REFERENCE # |
|---|---|---|---|---|---|
| 79660 | Net Due | Andrew | 6/15/10 | Hand Deliver | Sibert-Dean |

| QUANTITY | ITEM CODE | DESCRIPTION | UNIT PRICE | EXTENTION |
|---|---|---|---|---|
| 3 | EXHIBIT.01 | 18" x 24" Color Plot & Mount | 54.00 | 162.00 |

### Thank you for choosing  Legal Images !

Your signature below is an agreement that the above described work has been
authorized and received. The party above assures payment of this invoice within 30
days. All invoices are due upon receipt.

**Please Pay From This Invoice.  -Please- Include Invoice #  With Payment.**

Received  By: _____

Date _____

| | |
|---|---|
| Taxable Invoice | 162.00 |
| Sales Tax | 9.72 |
| Non-Taxable Invoice amt. | 0.00 |
| *Total due* | **171.72** |

**Federal Tax ID Number: 68-0506038**

Telephone Number:  410-727-0505
Fax Number:  410-727-6839

SCHLACHMAN, BELSKY & WEINER, P.A.   ATTORNEYS AT LAW   CLIENT EXPENSE ACCOUNT

VENDOR                                                                CHECK NO.  62615

| OUR REF NO | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|

124418.1
Sibert-Dean
for: medical records
MJB/pas

National Orthopedics
106 Irving St., NW
South Tower, Suite 215
Washington, DC 20010
52-1139211

---

### SCHLACHMAN, BELSKY & WEINER, P.A.
#### ATTORNEYS AT LAW
#### CLIENT EXPENSE ACCOUNT
300 E. LOMBARD STREET, SUITE 1100 · (410) 685-2022
BALTIMORE, MD 21202-3245
FED. ID. #52-1141866

M&T Bank
7-11/520

62615

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| | 9/6/11 | |

PAY                                                                    CHECK AMOUNT

**One-hundred-forty-seven-dollars and 60/100**                          $147.60

TO THE
ORDER      National Orthopedics
OF
                                        SCHLACHMAN, BELSKY & WEINER, P.A.

NON-NEGOTIABLE
**VOID AFTER SIX MONTHS**

⑈062615⑈ ⑈052000113⑈ 872 9971 5⑈



*Handwritten notes:*

BBA 7

Sibert - Dean : 329

Charged : $ 25
Date : 8/15/2011
(for client bills)

CTC
8

**National
Rehabilitation
Hospital**

**NRH**

**Adding life to years·**

National Rehabilitation Hospital
102 Irving Street, NW
Washington, DC 20010-2949
202-877-1000 TEL
202-877-1450 TDD
202-882-2615 FAX

| | |
|---|---|
| To: | Attorneys |
| From: | Secretary, Patient Financial Services |
| Subject: | Fee for Release of Itemized Statements |
| Date: | 8-15-11 |

We are in receipt of your request to release an itemized statement for one of your clients.

There is a flat fee of $25.00 for the release of these records. In addition, there will be an additional charge of $ .70 per page for any statement exceeding twenty-five (25) pages.

If a request is made more than once, there will be a fee of $25.00 due per request.

Please make your check payable to the name and address below. Payment must be received prior to the release of the itemized statement(s). Thank you.

National Rehabilitation Hospital
102 Irving Street, NW
Washington, DC 20010
Attn: Patient Financial Services
Room: G-046



329 CTC
8

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

# HealthPort.

## INVOICE
Electronic Delivery Service

Invoice #: 0094709789
Date:        8/20/2011
Customer #: 877964

**HealthPortConnect**

Ship to:
KRISTINA M MADARANG
BODE AND GRENIER
9TH FLOOR CONNECTICUT BLDG
1150 CONNECTICUT AVE NW
WASHINGTON, DC 20036-

Bill to:
KRISTINA M MADARANG
BODE AND GRENIER
9TH FLOOR CONNECTICUT BLDG
1150 CONNECTICUT AVE NW
WASHINGTON, DC 20036-

Records from:
NATIONAL REHAB HOSPITAL
102 IRVING STREET NW
WASHINGTON, DC 20010

**Requested By:** BODE AND GRENIER          **DOB:**        052760
**Patient Name:** SIBERT DEAN MARGARETTA

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 22.42 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 93 | 0.74 | 68.82 |
| QuickView Delivery Fee | | | 2.00 |
| Subtotal | | | 93.24 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 93.24 |
| Balance Due | | | 93.24 |

**Please Note:** Your medical record request has been
delivered electronically to your HealthPortConnect
account.

Pay your invoice online at www.HealthPortPay.com

**Terms:** Net 30 days          Please remit this amount : $ 93.24 (USD)

- - - - - - - - - - - - - - - - - - - - - - - - - - - ✂ - - - - - - - - - - - - - - - - - - - - - - - - - -

**HealthPort**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
(770) 754 - 6000

Invoice #:   0094709789

Check # _____

Payment Amount $_____

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to http://www.HealthPortPay.com or call (770) 754 6000.
Email questions to Collections@healthport.com.



# National
# Rehabilitation
# Hospital

## NRH

**Adding life to years·**

National Rehabilitation Hospital
102 Irving Street, NW
Washington, DC 20010-2949
202-877-1000 TEL
202-877-1450 TDD
202-882-2615 FAX

To:         Attorneys

From:       Secretary, Patient Financial Services

Subject:    Fee for Release of Itemized Statements

Date:       4-6-10

We are in receipt of your request to release an itemized statement for one of your clients.

There is a flat fee of $25.00 for the release of these records. In addition, there will be an additional charge of $.70 per page for any statement exceeding twenty-five (25) pages.

If a request is made more than once, there will be a fee of $25.00 due per request.

Please make your check payable to the name and address below. Payment must be received prior to the release of the itemized statement(s).   Thank you.

National Rehabilitation Hospital
102 Irving Street, NW
Washington, DC 20010
Attn: Patient Financial Services
Room: G-046

**LCvR 54.1(d)(9)**



## Legal Images o₋ Baltimore, LLC
*The Document Production Company*
®

7 East Redwood Street, Suite 800  Baltimore, Maryland 21202

| DATE | INVOICE # |
|---|---|
| February 26, 2010 | 80659 |

**BILL TO :**
Schlachman, Belsky & Weiner
300 East Lombard Street
Suite #1100
Baltimore, MD  21202

Pat Shaffer
300 East Lombard Street
Suite #1100
Baltimore, MD  21202

## *** I N V O I C E ***

| WORK ORDER # | TERMS | SALES REP. | SHIP DATE | SHIPPED VIA | CLIENT REFERENCE # |
|---|---|---|---|---|---|
| 78028 | Net Due | Andrew | 2/26/10 | Hand Deliver | Sibert-Dean |

| QUANTITY | ITEM CODE | DESCRIPTION | UNIT PRICE | EXTENTION |
|---|---|---|---|---|
| 1,250 | Label.03 | Labels Applied to Originals | 0.07 | 87.50 |
| 3,762 | Copy.03 | C Work - Medium Litigation | 0.14 | 526.68 |
| 3 | Bind.03 | 3" 3 Ring Binder (s) | 12.00 | 36.00 |
| 3 | Bind.04 | 4" 3 Ring Binder (s) | 18.00 | 54.00 |
| | | (Label Sequence: SIBERT-DEAN00001 | | |
| | | thru SIBERT-DEAN01250) | | |

### Thank you for choosing  Legal Images !

Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 30 days. All invoices are due upon receipt.

**Please Pay From This Invoice.  -Please- Include Invoice #  With Payment.**

Received  By: _____
Date _____

| | |
|---|---|
| Taxable Invoice | 704.18 |
| Sales Tax | 42.25 |
| Non-Taxable Invoice amt. | 0.00 |
| *Total due* | **746.43** |

**Federal Tax ID Number: 68-0506038**

Telephone Number: 410-727-0505
Fax Number: 410-727-6839

# Legal Images o Baltimore, LLC
*The Document Production Company*

7 East Redwood Street, Suite 800  Baltimore, Maryland 21202

**DATE**
February 3, 2010

**INVOICE #**
80295

**BILL TO :**
Schlachman, Belsky & Weiner
300 East Lombard Street
Suite #1100
Baltimore, MD  21202

Michael Belsky
300 East Lombard Street
Suite #1100
Baltimore, MD  21202

## * * * I N V O I C E * * *

| WORK ORDER # | TERMS | SALES REP. | SHIP DATE | SHIPPED VIA | CLIENT REFERENCE # |
|---|---|---|---|---|---|
| 77663 | Net Due | Andrew | 2/3/10 | Hand Deliver | Sibert-Dean |

| QUANTITY | ITEM CODE | DESCRIPTION | UNIT PRICE | EXTENTION |
|---|---|---|---|---|
| 2,566 | Copy.03 | C Work - Medium Litigation | 0.14 | 359.24 |
| 2 | Bind.03 | 3" 3 Ring Binder (s) | 12.00 | 24.00 |
| 2 | Bind.04 | 4" 3 Ring Binder (s) | 18.00 | 36.00 |

### Thank you for choosing  Legal Images !

Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 30 days. All invoices are due upon receipt.

**Please Pay From This Invoice.  -Please- Include Invoice #  With Payment.**

Received  By: _____   Date _____

| | |
|---|---|
| Taxable Invoice | 419.24 |
| Sales Tax | 25.15 |
| Non-Taxable Invoice amt. | 0.00 |
| *Total due* | **444.39** |

**Federal Tax ID Number: 68-0506038**

Telephone Number:  410-727-0505
Fax Number:  410-727-6839

**LCvR 54.1(d)(11)**

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW
Washington, DC 20009-5526
Phone: (202) 667-0050
Fax: (202) 667-2520
info@capitolprocess.com
www.capitolprocess.com

329

C T U
9

Jacob M. Lebowitz, Esquire
Bode & Grenier LLP
1150 Connecticut Avenue, NW, Suite 900
Washington, DC 20036

**INVOICE:** 11-063458
9/13/2011
Days Past Due: 1

**Job ID:** 11-063458      **Reference:** 329      **Completed** 9/12/2011
3:00 PM
**Case No.:** 1:08-cv-02145-RMU
**Plaintiff:** Margaretta Silbert-Dean
**Defendant:** Washington Metropolitan Area Transit Authority
**Serve To:** Patricia Renee Shelton
**Location:** 7019 Georgia Avenue, NW, Apartment 302, Washington, DC 20112

| Item | Qty. | Unit | Total |
|------|------|------|-------|
| Expedite Affidavit / Incorrect Address: | 1 | $90.00 | $90.00 |
| 7019 Georgia Avenue, NW, Apartment 302, Washington, DC 20112 | | | |
| Location Research: | 1 | $250.00 | $250.00 |
| 1845 Harvard Street, NW, Apartment 920, Washington, DC 20009 | | | |
| Expedite Service of Process: | 1 | $90.00 | $90.00 |
| 1845 Harvard Street, NW, Washington, DC 20009 | | | |
| Witness Fee Check Tendered | 1 | $45.00 | $45.00 |
| Check Issue Fee | 1 | $10.00 | $10.00 |
| | | **Sub-Total** | $485.00 |
| | | **Total Fees** | $485.00 |
| | | **Payment -** | |
| | | **Balance Due** | $485.00 |

**Thank You!**
Balance due upon receipt. Please provide the invoice number on your check.

**FEIN:** 52-2283731

-45.00
440.00

# CAPITOL PROCESS SERVICES, INC.

329

1827 18th Street, NW
Washington, DC 20009-5526
Phone: (202) 667-0050
Fax: (202) 667-2520
info@capitolprocess.com
www.capitolprocess.com

Jacob M. Lebowitz, Esquire
Bode & Grenier LLP
1150 Connecticut Avenue, NW, Suite 900
Washington, DC 20036

**INVOICE:** 11-064141
9/23/2011
Days Past Due: 0

**Job ID:** 11-064141      **Reference:** N/A                    Completed 9/23/2011
**Case No.:** 1:08-cv-02145-BAH
**Plaintiff:** Margaretta Sibert-Dean
**Defendant:** Washington Metropolitan Area Transit Authority
**Serve To:** Eloise D. Smith
**Location:** 651 Morton Street, NW, Apartment 14, Washington, DC 20010

| Item | Qty. | Unit | Total |
|------|------|------|-------|
| Courier Service | 1 | $15.00 | $15.00 |
| Check Issue Fee | 1 | $10.00 | $10.00 |
| Expedite Attempted Service of Process | 1 | $90.00 | $90.00 |
| | | Sub-Total | $115.00 |
| | | Total Fees | $115.00 |
| | | Payment - | |
| | | Balance Due | $115.00 |

**Thank You!**
Balance due upon receipt. Please provide the invoice number on your check.

**FEIN:** 52-2283731

Friday, September 23, 2011

Page 1 of 1

SCHLACHMAN, BELSKY & WEINER, P.A.   ATTORNEYS AT LAW   CLIENT EXPENSE ACCOUNT

VENDOR:

CHECK NO: 60030

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|

Client: Sibert-Dean
124418/1
for: process service
LCC/dmg

---

**SCHLACHMAN, BELSKY & WEINER, P.A.**
ATTORNEY AT LAW
CLIENT EXPENSE ACCOUNT
TENTH FLOOR - 20 S. CHARLES ST. ∘ (410) 685-2022
BALTIMORE, MD 21201
FED. ID. #52-1141866

M&T Bank
7-11/520

60030

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| | 1/12/10 | |

PAY    ***Seventy Five Dollars   and no/100***

CHECK AMOUNT

$75.00

TO THE
ORDER
OF

Legal Process Service
P.O. Box 7394
Silver Spring, MD   20907

SCHLACHMAN, BELSKY & WEINER, P.A.

VOID AFTER SIX MONTHS

⑈060030⑈ ⑆052000⑆⑈ 872 9978 5⑈

SCHLACHMAN, BELSKY & WEINER, P.A.   ATTORNEYS AT LAW   CLIENT EXPENSE ACCOUNT

VENDOR:

CHECK NO.  5996

| OUR REF. NO. | YOUR INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN |
|---|---|---|---|---|---|
| | | | | | |

Client:  Margaretta Sibert-Dean
124418.1
for: process service
LCC/dmg

---

**SCHLACHMAN, BELSKY & WEINER, P.A.**
ATTORNEY AT LAW
CLIENT EXPENSE ACCOUNT
TENTH FLOOR - 20 S. CHARLES ST. ○ (410) 685-2022
BALTIMORE, MD 21201
FED. ID. #52-1141866

M&T Bank
7-11/520

5996

CHECK NO.     CHECK DATE     VENDOR NO.
              1/5/10
              126/10

PAY     ***Seventy Five Dollars and no/100***

CHECK AMOUNT

$75.00

TO THE
ORDER
OF

Legal Process SErvice
P.O. Box 7394
Silver Spring, MD   20907

SCHLACHMAN, BELSKY & WEINER, P.A.

VOID AFTER SIX MONTHS

⑈059966⑈ ⑆052000113⑆ 172 9991 5⑈

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW
Washington, DC 20009-5526
Phone: (202) 667-0050
Fax: (202) 667-2520
info@capitolprocess.com
www.capitolprocess.com

Jacob M. Lebowitz, Esquire
Bode & Grenier LLP
1150 Connecticut Avenue, NW, Suite 900
Washington, DC 20036

**INVOICE:** 11-063456
9/7/2011
Days Past Due: **0**

**Job ID:** 11-063456  **Reference:** 329  **Completed** 9/7/2011
6:48 AM
**Case No.:** 1:08-cv-02145-RMU
**Plaintiff:** Margaretta Silbert-Dean
**Defendant:** Washington Metropolitan Area Transit Authority
**Serve To:** Alan O. Denney
**Location:** 4505 Lujean Lane, Fort Washington, Maryland 20744

| Item | Qty. | Unit | Total |
|------|------|------|-------|
| Courier Service | 1 | $15.00 | $15.00 |
| Service of Process - RUSH | 1 | $100.00 | $100.00 |
| Witness Fee Check Tendered | 1 | $50.00 | $50.00 |
| Check Issue Fee | 1 | $10.00 | $10.00 |
| | | **Sub-Total** | $175.00 |
| | | **Total Fees** | $175.00 |
| | | **Payment -** | |
| | | **Balance Due** | $175.00 |

**Thank You!**
Balance due upon receipt.  Please provide the invoice number on your check.

**FEIN:** 52-2283731