**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARGARETTA SIBERT-DEAN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-02145-BAH |
| ) | |
| **WASHINGTON METROPOLITAN** ) | |
| **AREA TRANSIT AUTHORITY** ) | |
| ) | |
| Defendant/Third Party Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| **NORMA JEAN WOODSON** ) | |
| ) | |
| Third Party Defendant ) | |

### DEFENDANT WMATA'S NOTICE OF APPEAL

Notice is hereby given that Defendant Washington Metropolitan Area Transit Authority ("WMATA") hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the final judgment entered in this action on December 12, 2011, based on the jury verdict rendered on September 30, 2011, together with the Memorandum Opinion and Order entered on December 4, 2011, denying WMATA's Motion for a New Trial.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
 TRANSIT AUTHORITY

Carol B. O'Keeffe
General Counsel

/s/ Mark F. Sullivan
Mark F. Sullivan #430876
Deputy General Counsel
msullivan@wmata.com

/s/ Gerard J. Stief
Gerard J. Stief  # 925933
Senior Associate General Counsel
gstief@wmata.com

/s/  Janice L. Cole
Janice L. Cole #440351
Associate General Counsel
jlcole@wmata.com

/s/ Kathleen A. Carey
Kathleen A. Carey #357990
Associate General Counsel
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-1496
kcarey@wmata.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant WMATA's Notice of Appeal was served through the Court's e-filing system on this 28th day of December, 2011 to:

Michael J. Belsky, pro hac vice
Schlachman, Belsky & Weiner, PA
300 East Lombard Street-Suite 1100
Baltimore, Maryland  21202
(410) 685-2022
Counsel for Plaintiff

Peter Grenier #418570
Jacob M. Lebowitz #483742
Bode and Grenier, LLP
1150 Connecticut Avenue, N.W. – Ninth Floor
Washington, D.C.  20036-4129
(202) 828-4100
Counsel for Plaintiff


McCARTHY WILSON LLP
Robert B. Hetherington
Megan Greene
2200 Research Boulevard
Rockville, Maryland 20850
 (301) 762-7770
Counsel for Third-Party Defendant Woodson

/s/ Janice L. Cole
Janice L. Cole