APPEAL, CLOSED, JURY, TYPE−B

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:08−cv−02145−BAH

| | |
|---|---|
| SIBERT−DEAN v. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | Date Filed: 12/10/2008 |
| Assigned to: Judge Beryl A. Howell | Date Terminated: 12/04/2011 |
| Demand: $4,000,000 | Jury Demand: Plaintiff |
| Case in other court:  Superior Court, 08ca7814 B | Nature of Suit: 350 Motor Vehicle |
| Cause: 28:1441 Petition for Removal | Jurisdiction: Federal Question |

**Plaintiff**

**MARGARETTA SIBERT−DEAN**  represented by  **Donnell Henry McNeal**
LAW OFFICE OF DONNELL H. MCNEAL
5132 Baltimore Avenue
Hyattsville, MD 20781
(240) 764−5590
Email: donnellmcneal@DMcNealLaw.com
*TERMINATED: 10/13/2009*

**Henry Lee Belsky**
SCHLACHMAN, BELSKY &WEINER, P.A.
300 East Lombard Street
Suite 1100
Baltimore, MD 21202
(410) 685−2022
Fax: (410) 296−5880
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jacob M. Lebowitz**
BODE &GRENIER, L.L.P.
The Connecticut Building
1150 Connecticut Avenue, NW
9th Floor
Washington, DC 20036
(202) 862−4306
Fax: (202) 828−4130
Email: jlebowitz@bode.com
*ATTORNEY TO BE NOTICED*

**Lindsay Cohn Cooper**
SCHLACHMAN, BELSKY &WEINER, P.A.
300 East Lombard Street
Suite 1100
Baltimore, MD 21202

(410) 685−2022
Fax: (410) 296−5880
Email: lcooper@sbwlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Joseph Belsky**
SCHLACHMAN, BELSKY &WEINER, P.A.
300 East Lombard Street
Suite 1100
Baltimore, MD 21202
(410) 685−2022
Email: mbelsky@sbwlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter C. Grenier**
BODE &GRENIER, L.L.P.
The Connecticut Building
1150 Connecticut Avenue, NW
9th Floor
Washington, DC 20036
(202) 828−4100
Fax: (202) 828−4130
Email: pgrenier@bode.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**     represented by     **Kathleen Ann Carey**
WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
Office of General Counsel
600 Fifth Street, NW
2nd Floor
Washington, DC 20001
(202) 962−1496
Fax: (202) 962−2550
Email: kcarey@wmata.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Janice Lynn Cole**
WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
600 Fifth Street, NW
Washington, DC 20001
(202) 962−2543
Fax: (202) 962−2550

Email: jlcole@wmata.com
*ATTORNEY TO BE NOTICED*

**Mark F. Sullivan**
WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
Office of General Counsel
600 Fifth Street, NW
2nd Floor
Washington, DC 20001
(202) 962−2814
Fax: (202) 962−2550
Email: msullivan@wmata.com
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**NORMA JEAN WOODSON**        represented by    **Megan B. Greene**
MCCARTHY WILSON LLP
2200 Research Boulevard
Suite 500
Rockville, MD 20850
(301) 762−7770
Email: greenem@mcwilson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Brian Hetherington**
MCCARTHY WILSON, LLP
2200 Research Blvd.
Suite 500
Rockville, MD 20850
(301) 762−7770
Fax: (301) 762−0374
Email: hetheringtonr@mcwilson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andre Michael Forte**
MCCARTHY WILSON LLP
2200 Research Boulevard
Suite 500
Rockville, MD 20850
(301) 762−7770
Fax: (301) 926−7444
Email: aforte@wfortelaw.com
*TERMINATED: 08/10/2010*

**ThirdParty Plaintiff**

**WASHINGTON METROPOLITAN**        represented by    **Kathleen Ann Carey**
**AREA TRANSIT AUTHORITY**                          (See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Janice Lynn Cole**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark F. Sullivan**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/10/2008 | 1 | | NOTICE OF REMOVAL by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY from Superior Court for the District of Columbia, case number 08ca7814 B. (Filing fee $ 350, receipt number 4616016957) filed by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY. (Attachments: # 1 Exhibit Superior Court Complaint, # 2 Exhibit A, # 3 Exhibit A2, # 4 Exhibit B, # 5 Exhibit B2, # 6 Exhibit C, # 7 Exhibit C2, # 8 Exhibit D, # 9 Exhibit D2, # 10 Exhibit E, # 11 Exhibit E2, # 12 Exhibit F, # 13 Exhibit F2, # 14 Exhibit G, # 15 Exhibit G2, # 16 Exhibit H, # 17 Exhibit H (Cont), # 18 Exhibit H2, # 19 Exhibit I, # 20 Exhibit I2, # 21 Exhibit J, # 22 Exhibit J2, # 23 Exhibit K, # 24 Exhibit L, # 25 Exhibit M, # 26 Exhibit N, # 27 Exhibit N2, # 28 Exhibit O, # 29 Exhibit P, # 30 Exhibit Q, # 31 Exhibit R, # 32 Exhibit S, # 33 Exhibit T, # 34 Exhibit U, # 35 Exhibit V, # 36 Exhibit W, # 37 Exhibit X, # 38 Exhibit Y, # 39 Exhibit Z, # 40 Civil Cover Sheet)(jf, ) (Additional attachment(s) added on 12/11/2008: # 41 Notice to Counsel) (jf, ). (Entered: 12/11/2008) |
| 12/10/2008 | 2 | | ANSWER to Complaint with Jury Demand by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY. Related document: 1 Notice of Removal,,,, filed by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY.(jf, ) (Entered: 12/11/2008) |
| 12/11/2008 | 3 | | STANDING ORDER Signed by Judge Ricardo M. Urbina on December 11, 2008. Read this Standing Order carefully, it will govern this case. Failure to follow the Standing Order will result in sanctions.(jwd ) (Entered: 12/11/2008) |
| 12/11/2008 | | | NOTICE of Hearing:An Initial Status Hearing is scheduled for 3/2/2009 at 10:30 A.M in Courtroom 30, Annex Building, Sixth Floor before Judge Ricardo M. Urbina..(jwd) (Entered: 12/11/2008) |
| 12/11/2008 | | | NOTICE OF CORRECTED DOCKET ENTRY: re Notice of Hearing: Entry modified to reflect that the parties are to meet and confer and file their Joint Local 16.3 Report seven (7) days prior to Initial Status Hearing scheduled for 3/2/2009, at 10:30 a.m. (jwd) (Entered: 12/11/2008) |
| 12/18/2008 | 4 | | THIRD PARTY COMPLAINT against NORMA JEAN WOODSON filed by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY.(nmw, ) (Entered: 12/18/2008) |
| 12/24/2008 | 5 | | Receipt on 12/24/08 of ORIGINAL FILE, certified copy of transfer order and docket sheet from Superior Court. Superior Court Number 08ca7814. (jf, ) (md, ). (Entered: 12/24/2008) |
| 01/02/2009 | | | |

| | | | |
|---|---|---|---|
| | | | Summons (1) Issued as to NORMA JEAN WOODSON. (jf, ) (Entered: 01/02/2009) |
| 01/15/2009 | 6 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. NORMA JEAN WOODSON served on 1/10/2009, answer due 1/30/2009 (Attachments: # 1 Affidavit Executed Return of Service of Summons)(Carey, Kathleen) (Entered: 01/15/2009) |
| 02/09/2009 | 7 | | STRICKEN PURSUANT TO MINUTE ORDER FILED 02/11/09.....MEET AND CONFER STATEMENT filed by plaintiff MARGARETTA SILBERT−DEAN. (jeb, ) Modified on 2/20/2009 (jf, ). (Entered: 02/10/2009) |
| 02/11/2009 | | | MINUTE ORDER STRIKING 7 plaintiff's 16.3 statement. Local Civil Rule 16.3 requires that the parties submit the 16.3 report jointly, which the plaintiff failed to do. Furthermore, the Rule requires a proposed scheduling order, which is missing from the plaintiff's submission. This may be because the plaintiff failed to propose deadlines in accordance with Rule 16.3; this too is a deficiency that will not be tolerated. Finally, the court's standing order requires the 16.3 report to include a "one−paragraph statement of the case that describes the nature of the case, the identity of the parties, and the statutory basis of the court's jurisdiction for all causes of action and defenses." By failing to include this statement, the plaintiff has also fun afoul of this court's standing order. Failure to read, become familiar with, and adhere to both the local civil rules and this court's standing order wastes the court's time and resources. The court will not hesitate to sanction further action blatantly violative of the rules and procedures long ago put in place by this court. SO ORDERED. Signed by Judge Ricardo M. Urbina on 2/11/09. (lcrmu2) (Entered: 02/11/2009) |
| 02/20/2009 | 8 | | *Third Party Defendant Norma Jean Woodson's* ANSWER to 4 Third Party Complaint by NORMA JEAN WOODSON. Related document: 4 Third Party Complaint filed by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY.(Forte, Andre) (Entered: 02/20/2009) |
| 02/20/2009 | 9 | | LCvR 7.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by NORMA JEAN WOODSON (Forte, Andre) (Entered: 02/20/2009) |
| 02/20/2009 | 10 | | Consent MOTION to Continue *Status Conference* by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (Carey, Kathleen) (Entered: 02/20/2009) |
| 02/21/2009 | | | MINUTE ORDER granting 10 Consent Motion to Continue. The initial status conference scheduled for March 2, 2009 is hereby vacated and rescheduled for Monday, April 6, 2009 at 11:15 am. Signed by Judge Ricardo M. Urbina on 2/21/09. (lcrmu2) (Entered: 02/21/2009) |
| 02/23/2009 | | | Set/Reset Deadlines/Hearings: Status Conference set for 4/6/2009 11:15 AM in Courtroom 30A before Judge Ricardo M. Urbina. (jwd ) (Entered: 02/23/2009) |
| 03/30/2009 | 11 | | MEET AND CONFER STATEMENT. (Carey, Kathleen) (Entered: 03/30/2009) |
| 04/06/2009 | | | Minute Entry for proceedings held before Judge Ricardo M. Urbina: Initial Status Hearing held on 4/6/2009. Discovery is due by 9/4/2009. Dispositive Motions are due by 9/14/2009. Oppositions to Dispositive Motions are due by 9/24/2009. Replies to Oppositions to Dispositive Motions are due by 9/29/2009. |

| | | | |
|---|---|---|---|
| | | | Motions to Amend Pleadings or Join Parties are due by 5/6/2009. Oppositions to Motions to Amend Pleadings or Join Parties are due by 5/20/2009. Replies Oppositions to Motions to Amend Pleadings or Join Parties are due by 5/27/2009. Proponent's Rule 26(a)(2)(B) Statement is due by 5/29/2009. Opponent's Rule 26(a)(2)(B) Statement is due by 7/15/2009. Case referred to Magistrate Judge Kay for Settlement Discussions. A Settlement Conference is scheduled for 9/15/2009 at 10:00 A.M. in Chambers before Magistrate Judge Alan Kay. An Interim Status Hearing is scheduled for 9/8/2009 at 10:00 A.M. in Courtroom 30, Annex Building, Sixth Floor, before Judge Ricardo M. Urbina. (Court Reporter Wendy Ricard.) (jwd, ) (Entered: 04/06/2009) |
| 04/06/2009 | 12 | | CASE REFERRED to Magistrate Judge Alan Kay for settlement purpose (ls, ) (Entered: 04/06/2009) |
| 04/22/2009 | 13 | | ORDER setting a Settlement Conference for 9/15/2009, at 10:00 AM in Chambers before Magistrate Judge Alan Kay. Signed by Magistrate Judge Alan Kay on 04/22/09. (DM) (Entered: 04/22/2009) |
| 05/06/2009 | 14 | | STRICKEN PURSUANT TO MINUTE ORDER FILED 5/6/2009..... MOTION for Leave to File Amended Complaint by MARGARETTA SIBERT−DEAN (Attachments: # 1 Exhibit Amended Complaint)(tr) Modified on 5/7/2009 (nmw, ). (Entered: 05/06/2009) |
| 05/06/2009 | | | MINUTE ORDER striking 14 the plaintiff's Motion for Leave to File. Local Civil Rule 7(m) states: "[a] party shall include in its motion a statement that the required [pre−filing meet and confer] occurred, and a statement as to whether the motion is opposed." The plaintiff's motion simply states that the plaintiff had an opportunity to discuss her "intention to amend the complaint." Noticeably absent is any indication of who the plaintiff discussed the matter with. Furthermore, the plaintiff cites Local Civil Rule 15, which does not contain a meet and confer requirement. Accordingly, the court will not be left to guess whether the plaintiff has satisfied her obligations under Local Civil Rule 7(m), and the court STRIKES the plaintiff's motion. Signed by Judge Ricardo M. Urbina on 5/6/09. (lcrmu2) (Entered: 05/06/2009) |
| 05/18/2009 | 15 | | Memorandum in opposition to re 14 MOTION for Leave to File *Amended Complaint and Motion to Strike Amended Complaint* filed by NORMA JEAN WOODSON. (Forte, Andre) (Entered: 05/18/2009) |
| 05/18/2009 | 16 | | Third Party MOTION to Dismiss *And/Or For Summary Judgment* by NORMA JEAN WOODSON (Attachments: # 1 Exhibit A−C)(Forte, Andre) (Entered: 05/18/2009) |
| 05/18/2009 | 17 | | MOTION to Strike Amended Complaint by NORMA JEAN WOODSON. (See Docket Entry 15 to view document). (nmw, ) (Entered: 05/19/2009) |
| 05/18/2009 | 18 | | MOTION for Summary Judgment by NORMA JEAN WOODSON. (See Docket Entry 16 to view document). (nmw, ) (Entered: 05/19/2009) |
| 05/26/2009 | 19 | | Memorandum in opposition to re 17 MOTION to Strike, 16 Third Party MOTION to Dismiss *And/Or For Summary Judgment*, 18 MOTION for Summary Judgment filed by MARGARETTA SIBERT−DEAN. (McNeal, Donnell) (Entered: 05/26/2009) |
| 05/29/2009 | 20 | | |

| | | | |
|---|---|---|---|
| | | | STRICKEN pursuant to Minute Order entered 10/7/2009.....RULE 26a2 STATEMENT. (McNeal, Donnell) Modified on 10/7/2009 (tg, ). (Entered: 05/29/2009) |
| 06/03/2009 | 21 | | REPLY In Support of Third−Party Defendant Woodson's 16 Motion to Dismiss and/or for 18 Summary Judgment filed by NORMA JEAN WOODSON. (Forte, Andre) Modified to linkage on 6/4/2009 (jf, ). (Entered: 06/03/2009) |
| 06/05/2009 | 22 | | ENTERED IN ERROR.....RESPONSE to Discovery Request from Margaretta Sibert−Dean by MARGARETTA SIBERT−DEAN.(McNeal, Donnell) Modified on 6/5/2009 (jf, ). (Entered: 06/05/2009) |
| 06/05/2009 | | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 22 Response to Discovery was entered in error and counsel was instructed not to refile said pleading. (See LCvR 5.2(a) ) (jf, ) (Entered: 06/05/2009) |
| 06/15/2009 | 23 | | STRICKEN pursuant to Minute Order entered 6/22/09.....MOTION to Strike 20 Rule 26a2 Statement *and to Enlarge Time for Defendants to Identify Expert Witnesses* by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (Attachments: # 1 Exhibit Anthony v. WMATA decision)(Carey, Kathleen) Modified on 6/22/2009 (tg, ). (Entered: 06/15/2009) |
| 06/15/2009 | 24 | | STRICKEN pursuant to Minute Order entered 6/22/2009.....MOTION for Extension of Time to by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY. (See Docket Entry 23 to view document). (nmw, ) Modified on 6/22/2009 (tg, ). (Entered: 06/16/2009) |
| 06/17/2009 | 25 | | SUPPLEMENTAL MEMORANDUM to *Plaintiff's Motion Response In Opposition To Third−Party Defendant's Motion To Dismiss And/Or For Summary Judgment* filed by MARGARETTA SIBERT−DEAN. (McNeal, Donnell) (Entered: 06/17/2009) |
| 06/17/2009 | 26 | | ENTERED IN ERROR.....REPLY re 23 MOTION to Strike 20 Rule 26a2 Statement *and to Enlarge Time for Defendants to Identify Expert Witnesses Joinder* filed by NORMA JEAN WOODSON. (Forte, Andre) Modified on 6/18/2009 (nmw, ). (Entered: 06/17/2009) |
| 06/17/2009 | 27 | | REPLY re 23 MOTION to Strike 20 Rule 26a2 Statement *and to Enlarge Time for Defendants to Identify Expert Witnesses Joinder* filed by NORMA JEAN WOODSON. (Forte, Andre) (Entered: 06/17/2009) |
| 06/18/2009 | | | NOTICE OF ERROR re 26 Reply to Document; emailed to fortea@mcwilson.com, cc'd 5 associated attorneys −− The PDF file you docketed contained errors: 1. Entered in error and refiled by counsel with proposed order as Docket Entry 27 (nmw, ) (Entered: 06/18/2009) |
| 06/18/2009 | 28 | | Third Party MOTION to Strike 20 Rule 26a2 Statement *And to Enlarge Time Within Which Defendant Must File Its Expert Witness Statement* by NORMA JEAN WOODSON (Forte, Andre) (Entered: 06/18/2009) |
| 06/22/2009 | | | MINUTE ORDER striking 23 Defendant WMATA's Motion to Strike and for an Enlargement of Time. It is hereby ordered that the defendant's motion to strike and for enlargement of time is stricken for failure to comply with Local Civil Rule 7(m), which requires the movant to meet and confer with the non−moving party in good faith prior to the filing of any non−dispositive motion and to |

7

| | | |
|---|---|---|
| | | certify the efforts made to comply with this rule in its motion papers. Signed by Judge Ricardo M. Urbina on 6/22/09. (lcrmu2) (Entered: 06/22/2009) |
| 06/22/2009 | | MINUTE ORDER striking 24 Defendant WMATA's Motion for an Enlargement of Time. It is hereby ordered that the defendant's motion for enlargement of time is stricken for failure to comply with Local Civil Rule 7(m), which requires the movant to meet and confer with the non−moving party in good faith prior to the filing of any non−dispositive motion and to certify the efforts made to comply with this rule in its motion papers. Signed by Judge Ricardo M. Urbina on 6/22/09. (lcrmu2) (Entered: 06/22/2009) |
| 06/22/2009 | | MINUTE ORDER striking 23 Third Party Defendant's Motion to Strike and for an Enlargement of Time. It is hereby ordered that the third−party defendant's motion to strike and for enlargement of time is stricken for failure to comply with Local Civil Rule 7(m), which requires the movant to meet and confer with the non−moving party in good faith prior to the filing of any non−dispositive motion and to certify the efforts made to comply with this rule in its motion papers. Signed by Judge Ricardo M. Urbina on 6/22/09. (lcrmu2) (Entered: 06/22/2009) |
| 07/01/2009 | 29 | MOTION to Strike 20 Rule 26a2 Statement *filed by Plaintiff* by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (Attachments: # 1 Exhibit Anthony v. WMATA)(Carey, Kathleen) (Entered: 07/01/2009) |
| 07/01/2009 | 30 | MOTION for Extension of Time to *File a Statement in Compliance with Rule 26(a)(2)* by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (Carey, Kathleen) (Entered: 07/01/2009) |
| 07/02/2009 | | MINUTE ORDER granting 30 Defendant's Motion for Extension of Time. It is hereby ordered that the Defendant's Rule 26(a)(2) Statement is due 30 days after entry of an order resolving the Defendant's Motion to Strike the Plaintiff's Rule 26(a)(2) Statement. Signed by Judge Ricardo M. Urbina on 7/2/09. (lcrmu2) (Entered: 07/02/2009) |
| 07/06/2009 | 31 | Third Party MOTION for Joinder *to Third−Party Defendant WMATA's Motion to Enlarge Time Within Which to Identify Expert Witnesses Pursuant to Fed. R. Civ. Proc. 26(a)(2)* by NORMA JEAN WOODSON (Forte, Andre) (Entered: 07/06/2009) |
| 07/06/2009 | 32 | Third Party MOTION for Joinder *to Third−Party Defendant WMATA's Motion to Strike Plaintiff's Statement Filed Pursuant to Fed.R.Civ. Proc. 26(a)(2)* by NORMA JEAN WOODSON (Forte, Andre) (Entered: 07/06/2009) |
| 07/07/2009 | | MINUTE ORDER granting 31 Third−Party Defendant Woodson's Motion for Extension of Time and 32 Motion to Join Defendant WMATA's Motion to Strike the Plaintiff's Rule 26(a)(2) Statement. It is hereby ordered that the Third−Party Defendant's Rule 26(a)(2) Statement is due 30 days after entry of an order resolving the Motion to Strike the Plaintiff's Rule 26(a)(2) Statement. Signed by Judge Ricardo M. Urbina on 7/7/09. (lcrmu2) (Entered: 07/07/2009) |
| 07/22/2009 | | MINUTE ORDER rescheduling the Settlement Conference for 9/15/2009, at 10:00 AM in Chambers before Magistrate Judge Alan Kay. Signed by Magistrate Judge Alan Kay on 07/22/09. (DM) (Entered: 07/22/2009) |
| 08/10/2009 | | |

| | | |
|---|---|---|
| | | MINUTE ORDER. It is hereby ordered that the interim status hearing set for September 8, 2009 is vacated and rescheduled for October 13, 2009 at 10:45 a.m. Signed by Judge Ricardo M. Urbina on 8/10/09. (lcrmu2) (Entered: 08/10/2009) |
| 08/10/2009 | | Set/Reset Deadlines/Hearings: Interim Status Hearing rescheduled for 10/13/2009 at 10:45 A.M. in Courtroom 30, Annex Building, Sixth Floor, before Judge Ricardo M. Urbina. (tg, ) (Entered: 08/10/2009) |
| 08/11/2009 | 33 | MOTION for Extension of Time to *Designate Expert Witnesses Nunc Pro Tunc* by MARGARETTA SIBERT−DEAN (McNeal, Donnell) (Entered: 08/11/2009) |
| 08/17/2009 | 34 | Memorandum in opposition to re 33 MOTION for Extension of Time to *Designate Expert Witnesses Nunc Pro Tunc* filed by NORMA JEAN WOODSON. (Forte, Andre) (Entered: 08/17/2009) |
| 08/24/2009 | 35 | Memorandum in opposition to re 33 MOTION for Extension of Time to *Designate Expert Witnesses Nunc Pro Tunc* filed by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY. (Carey, Kathleen) (Entered: 08/24/2009) |
| 09/15/2009 | | MINUTE ORDER setting a Settlement Conference for 12/16/2009, at 10:30 AM in Chambers before Magistrate Judge Alan Kay. The Settlement Conference set for September 15, 2009 did not go forward. Signed by Magistrate Judge Alan Kay on 09/15/09. (DM) (Entered: 09/15/2009) |
| 10/01/2009 | | MINUTE ORDER striking Third−Party Defendant Norma Jean Woodson's 16 Motion to Dismiss and/or 18 Motion for Summary Judgment. Pursuant to the minute order dated May 6, 2009, the plaintiff's motion for leave to file an amended complaint asserting claims directly against Woodson was stricken for failure to comply with Local Civil Rule 7(m). Accordingly, Woodson's motion to dismiss and/or for summary judgment on those claims was moot when filed. Signed by Judge Ricardo M. Urbina on 10/1/09. (lcrmu2) (Entered: 10/01/2009) |
| 10/07/2009 | | MINUTE ORDER granting defendant's and third−party defendant's 29 motion to strike and granting plaintiff's 33 motion for extension of time to file "nunc pro tunc." Upon due consideration of the parties' submissions, and in light of the representation made by plaintiff's counsel that new counsel stands ready to take his place in this matter, it is hereby ordered that the plaintiff's 20 Rule 26(a)(2)(B) statement, filed May 29, 2009, is stricken for failure to comply with the requirements of that provision; and it is further ordered that the plaintiff shall file her Rule 26(a)(2)(B) statement on or before January 8, 2010, and that the defendant and third−party defendant shall file their Rule 26(a)(2)(B) statement(s) on or before February 8, 2010. In addition, the court construes the plaintiff's 33 motion for an extension of time as encompassing a motion by plaintiff's counsel for leave to withdraw, which the court shall consider upon new counsel's prompt entry of appearance in this case. SO ORDERED. Signed by Judge Ricardo M. Urbina on 10/7/09. (lcrmu2) (Entered: 10/07/2009) |
| 10/07/2009 | | Set/Reset Deadlines: Plaintiff's Rule 26(a)(2)(B) Statement is due on or before 1/8/2010. Defendant and Third Party Defendant Rule 26(a)(2)(B) Statement is due on or before 2/8/2010. (tg, ) (Entered: 10/07/2009) |
| 10/09/2009 | 36 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Henry Lee Belsky, :Firm− Schlachman, Belsky &Weiner, P.A., :Address− 300 East Lombard Street, Suite 1100. Phone No. − 410−685−2022. Fax No. − |

| | | | |
|---|---|---|---|
| | | | 410−296−5880 by MARGARETTA SIBERT−DEAN (McNeal, Donnell) (Entered: 10/09/2009) |
| 10/09/2009 | 37 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Lindsay Cohn Cooper, :Firm− Schlachman, Belsky &Weiner, P.A., :Address− 300 East Lombard Street, Suite 1100. Phone No. − 410−685−2022. Fax No. − 410−296−5880 by MARGARETTA SIBERT−DEAN (McNeal, Donnell) (Entered: 10/09/2009) |
| 10/12/2009 | | | MINUTE ORDER granting 36 Motion for Leave to Appear Pro Hac Vice. It is hereby ordered that Henry L. Belsky is admitted pro hac vice to represent the plaintiff in this matter. Signed by Judge Ricardo M. Urbina on 10/12/09. (lcrmu2) (Entered: 10/12/2009) |
| 10/12/2009 | | | MINUTE ORDER granting 36 Motion for Leave to Appear Pro Hac Vice. It is hereby ordered that Lindsay C. Cooper is admitted pro hac vice to represent the plaintiff in this matter. Signed by Judge Ricardo M. Urbina on 10/12/09. (lcrmu2) (Entered: 10/12/2009) |
| 10/13/2009 | | | Minute Entry for proceedings held before Judge Ricardo M. Urbina: Interim Status Hearing held on 10/13/2009. Motion to withdraw filed by Donnell H. McNeal, counsel for the plaintiff, granted. Dispositive Motions are due by 4/9/2010. Oppositions to Dispositive Motions are due by 4/23/2010. Replies to Oppositions to Dispositive Motions are due by 4/30/2010. A Settlement Conference is scheduled for 3/2/2010 at 10:30 A.M. in Chambers before Magistrate Judge Alan Kay. The settlement conference previously scheduled for 12/16/2009 is hereby vacated. (Court Reporter Wendy Ricard.) (tg, ) (Entered: 10/13/2009) |
| 12/02/2009 | 38 | | Third Party MOTION for Waiver *of Presence of Adjuster at Settlement Conference* by NORMA JEAN WOODSON (Attachments: # 1 Memorandum in Support Motion to Waive Presence of Adjuster, # 2 Exhibit Exhibit A, # 3 Memorandum in Support Order)(Forte, Andre) (Entered: 12/02/2009) |
| 12/15/2009 | 39 | | Memorandum in opposition to re 38 Third Party MOTION for Waiver *of Presence of Adjuster at Settlement Conference* filed by MARGARETTA SIBERT−DEAN. (Attachments: # 1 Statement of Points and Authorities, # 2 Text of Proposed Order, # 3 Exhibit)(Cooper, Lindsay) (Entered: 12/15/2009) |
| 12/17/2009 | | | MINUTE ORDER granting 38 Third−party Defendant Woodson's Motion to Waive Presence of Adjuster at Settlement Conference. The Court notes that Third−party Defendant Woodson has represented that she will attend the settlement conference. The Court finds that Woodson's insurance adjuster need not attend the 03/02/10 settlement conference. Signed by Magistrate Judge Alan Kay on 12/17/09. (DM) (Entered: 12/17/2009) |
| 01/08/2010 | 40 | | RULE 26a2 STATEMENT. (Attachments: # 1 Hancock Report, # 2 Staller/DiGirolamo Report, # 3 Burkert Report, # 4 Murray Report, # 5 Fulton Report, # 6 Pinsky Report, # 7 Sweeney Report, # 8 Plummer Report)(Cooper, Lindsay) (Entered: 01/08/2010) |
| 02/01/2010 | 41 | | Consent MOTION for Extension of Time to *File Defendant's 26(a)(2) Statement and Finish Discovery* by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (Cole, Janice) (Entered: 02/01/2010) |

| | | | |
|---|---|---|---|
| 02/02/2010 | | | MINUTE ORDER granting the defendant's 41 Consent Motion for Extension of Time to File and to Extend Discovery. Good cause having been shown, it is hereby ordered that WMATA and Woodson's Rule 26(a)(2) submissions are due on or before March 10, 2010; and it is further ordered that discovery shall close on or before April 26, 2010; and it is ordered that any motions for summary judgment shall be filed on or before May 26, 2010, with oppositions due on or before June 9, 2010 and replies due on or before June 16, 2010. Signed by Judge Ricardo M. Urbina on 2/2/10. (lcrmu2) (Entered: 02/02/2010) |
| 02/03/2010 | | | Set/Reset Deadlines: Discovery due by 4/26/2010. Opponents' Rule 26(a)(2)(B) due on or before 3/10/2010. Summary Judgment motions are due on or before 5/26/2010. Oppositions to Motions for Summary Judgment are due on or before 6/9/2010. Replies to Motions for Summary Judgment are due on or before 6/16/2010. (tg, ) (Entered: 02/03/2010) |
| 02/19/2010 | 42 | | MOTION for Leave to Appear Pro Hac Vice :Attorney Name− Michael Joseph Belsky, :Firm− Schlachman, Belsky &Weiner, P.A., :Address− 300 East Lombard Street, Suite 1100, Baltimore, MD 21202. Phone No. − (410) 685−2022. by MARGARETTA SIBERT−DEAN (znmw, ) (Entered: 02/23/2010) |
| 02/25/2010 | | | MINUTE ORDER granting 42 Motion for Leave to Appear Pro Hac Vice. It is hereby ordered that Michael J. Belsky is granted leave to appear pro hac vice in this matter. Signed by Judge Ricardo M. Urbina on 2/25/10. (lcrmu2) (Entered: 02/25/2010) |
| 03/08/2010 | 43 | | NOTICE of Appearance by Peter C. Grenier on behalf of MARGARETTA SIBERT−DEAN (Grenier, Peter) (Entered: 03/08/2010) |
| 03/10/2010 | 44 | | RULE 26a2 STATEMENT. (Attachments: # 1 Exhibit McGrail Exhibits A−E, # 2 Exhibit Abend Exhibits A−D)(Cole, Janice) (Entered: 03/10/2010) |
| 03/19/2010 | | | MINUTE ORDER setting a Settlement Conference for 3/25/2010, at 11:30 AM in Chambers (room 2333) before Magistrate Judge Alan Kay. The settlement conference set for 03/02/10 did not go forward. Signed by Magistrate Judge Alan Kay on 03/19/10. (DM) (Entered: 03/19/2010) |
| 03/24/2010 | | | MINUTE ORDER changing the commencement time for the Settlement Conference set for 3/25/2010. The settlement conference will begin at 11:00 AM in Chambers before Magistrate Judge Alan Kay. Signed by Magistrate Judge Alan Kay on 03/24/10. (DM) (Entered: 03/24/2010) |
| 03/25/2010 | | | Minute Entry for proceedings held before Magistrate Judge Alan Kay: Settlement Conference held on 3/25/2010. (DM) (Entered: 03/25/2010) |
| 04/19/2010 | 45 | | Consent MOTION for Extension of Time to Complete Discovery by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (Carey, Kathleen) (Entered: 04/19/2010) |
| 04/20/2010 | | | MINUTE ORDER granting the defendant's 45 consent motion for an extension of time to complete discovery. It is hereby ordered that the defendant's consent motion for an extension of time to complete discovery is granted; and it is further ordered that discovery in this case shall close on May 28, 2010; and it is further ordered that any motions for summary judgment shall be filed on or before June 29, 2010. Signed by Judge Ricardo M. Urbina on 4/20/10. (lcrmu2) (Entered: |

| | | | |
|---|---|---|---|
| | | | 04/20/2010) |
| 04/20/2010 | | | Set/Reset Deadlines: Discovery shall close 5/28/2010. Summary Judgment motions due on or before 6/29/2010. (tg, ) (Entered: 04/20/2010) |
| 06/14/2010 | 46 | | NOTICE of Change of Address by Andre Michael Forte (Forte, Andre) (Entered: 06/14/2010) |
| 07/01/2010 | | | MINUTE ORDER. It is hereby ordered that a final status hearing shall be held on September 23, 2010 at 10:45 a.m. Signed by Judge Ricardo M. Urbina on 7/1/10. (lcrmu2) (Entered: 07/01/2010) |
| 07/01/2010 | | | Set/Reset Hearings: Final Status Hearing scheduled for 9/23/2010 at 10:45 A.M. in Courtroom 30, Annex Building, Sixth Floor, before Judge Ricardo M. Urbina. (tg, ) (Entered: 07/07/2010) |
| 08/10/2010 | 47 | | NOTICE OF SUBSTITUTION OF COUNSEL by Robert Brian Hetherington on behalf of NORMA JEAN WOODSON Substituting for attorney Andre M. Forte (Hetherington, Robert) (Entered: 08/10/2010) |
| 09/23/2010 | | | Minute Entry for proceedings held before Judge Ricardo M. Urbina: Final Status Hearing held on 9/23/2010. Oral Motion by counsel for defendant, Norma Jean Woodson, for leave to file a Motion for Summary Judgment, heard and granted with the objection of both, plaintiff and defendant, WMATA. Summary Judgment motion by defendant Woodson due by 10/4/2010. Opposition by WMATA to Motion for Summary Judgment due by 10/14/2010. Reply to Opposition to Motion for Summary Judgment due by 10/18/2010. Pretrial Hearing scheduled for 1/6/2011 at 2:00 P.M. in Courtroom 30, Annex Building, Sixth Floor, before Judge Ricardo M. Urbina. Jury Selection scheduled for 2/11/2011 at 10:00 A.M. in Courtroom 30, Annex Building, Sixth Floor, before Judge Ricardo M. Urbina. Jury Trial scheduled for 2/14/2011 at 10:00 A.M. in Courtroom 30, Annex Building, Sixth Floor, before Judge Ricardo M. Urbina. (Court Reporter Wendy Ricard) (tg, ) (Entered: 09/23/2010) |
| 10/01/2010 | 48 | | MOTION for Summary Judgment by NORMA JEAN WOODSON (Hetherington, Robert) (Entered: 10/01/2010) |
| 10/05/2010 | | | MINUTE ORDER. It is hereby ordered that the pretrial conference scheduled for January 6, 2011 is vacated and rescheduled to January 27, 2011 at 10:00 a.m. Signed by Judge Ricardo M. Urbina on 10/5/10. (lcrmu2) (Entered: 10/05/2010) |
| 10/05/2010 | | | Set/Reset Hearings: Pretrial Conference RESCHEDULED for 1/27/2011 at 10:00 A.M. in Courtroom 30, Annex Building, Sixth Floor, before Judge Ricardo M. Urbina. (tg, ) (Entered: 10/06/2010) |
| 10/14/2010 | 49 | | Memorandum in opposition to re 48 MOTION for Summary Judgment *by Norma Jean Woodson* filed by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY. (Carey, Kathleen) (Entered: 10/14/2010) |
| 11/08/2010 | 50 | | ORDER denying the third−party defendant's 48 motion for summary judgment. Signed by Judge Ricardo M. Urbina on 11/8/10. (lcrmu2) (Entered: 11/08/2010) |
| 11/08/2010 | 51 | | MEMORANDUM OPINION. Signed by Judge Ricardo M. Urbina on 11/8/10. (lcrmu2) (Entered: 11/08/2010) |
| 12/01/2010 | | | |

|  |  |  | MINUTE ORDER. It is hereby ordered that the trial dates previously set by the court are vacated; and it is further ordered that the following dates shall govern this litigation: pre−trial conference on August 30, 2011 at 3:30 p.m.; jury selection on September 9, 2011 at 10:00 a.m.; and trial beginning September 12, 2011 at 10:00 a.m. Signed by Judge Ricardo M. Urbina on 12/1/10. (lcrmu2) (Entered: 12/01/2010) |
|---|---|---|---|
| 12/01/2010 |  |  | Set/Reset Deadlines/Hearings: Pretrial Hearing scheduled for 8/30/2011 at 3:30 P.M. in Courtroom 30, Annex Building, Sixth Floor, before Judge Ricardo M. Urbina. Jury Selection scheduled for 9/9/2011 at 10:00 A.M. in Courtroom 30, Annex Building, Sixth Floor, before Judge Ricardo M. Urbina. Jury Trial scheduled for 9/12/2011 at 10:00 A.M. in Courtroom 30, Annex Building, Sixth Floor, before Judge Ricardo M. Urbina. (tg, ) (Entered: 12/01/2010) |
| 01/20/2011 |  |  | Case reassigned to U.S. District Judge Beryl A. Howell. Judge Ricardo M. Urbina no longer assigned to the case. (gt, ) (Entered: 01/20/2011) |
| 05/19/2011 | 52 |  | MOTION for *Request for Scheduling Conference* by MARGARETTA SIBERT−DEAN re Set/Reset Deadlines/Hearings, Case Reassigned−New Judge (Lebowitz, Jacob) Modified on 5/20/2011 to correct event(rdj). (Entered: 05/19/2011) |
| 05/23/2011 |  |  | MINUTE ORDER (paperless) granting 52 Motion for Request for Scheduling Conference. The parties are directed to appear for a scheduling conference on May 27, 2011 at 9:30 A.M. in Courtroom 15 before Judge Beryl A. Howell. The parties are directed to meet and confer and to agree upon potential dates in July 2011, September 2011, or October 2011 for a pre−trial conference, jury selection, and a jury trial. Signed by Judge Beryl A. Howell on May 23, 2011. (lcbah1) (Entered: 05/23/2011) |
| 05/23/2011 |  |  | Set Deadlines/Hearings: Scheduling Conference set for 5/23/2011 at 9:30 AM in Courtroom 15 before Judge Beryl A. Howell. (cp) (Entered: 05/23/2011) |
| 05/25/2011 |  |  | Reset Hearings: Scheduling Conference set for 5/27/2011 09:30 AM in Courtroom 15 before Judge Beryl A. Howell. (cp) (Entered: 05/25/2011) |
| 05/25/2011 |  |  | MINUTE ORDER (paperless) The trial dates previously set by the court are hereby vacated. It is ordered that the following dates shall govern this litigation: pre−trial conference shall be held on September 2, 2011 at 9:30 AM. Jury selection and trial shall begin on September 19, 2011 at 9:30 AM. All proceedings shall be in Courtroom 15 before Judge Beryl A. Howell. The scheduling conference previously set for May 27, 2011 is cancelled. Signed by Judge Beryl A. Howell on May 25, 2011. (lcbah1) (Entered: 05/25/2011) |
| 05/25/2011 | 53 |  | SUPPLEMENTAL STANDING ORDER supplementing 3 the Standing Order entered on December 11, 2008. Paragraphs 11 and 13 of the Court's previous Standing Order are vacated and supplemented by paragraphs 1 and 2 of the Supplemental Standing Order. To the extent that any provision in the Supplemental Standing Order conflicts with the previous order, the parties shall comply with the Supplemental Standing Order. The parties are specifically directed to comply with paragraph 1 of the Supplemental Standing Order regarding the timely submission of the Joint Pretrial Statement, and the required contents thereof. Signed by Judge Beryl A. Howell on May 25, 2011. (lcbah1) (Entered: 05/25/2011) |

| | | | |
|---|---|---|---|
| 07/27/2011 | | | Set/Reset Deadlines/Hearings: Jury Trial set for 9/19/2011 09:30 AM in Courtroom 15 before Judge Beryl A. Howell. Pretrial Conference set for 9/2/2011 09:30 AM in Courtroom 15 before Judge Beryl A. Howell. (zalg, ) (Entered: 07/27/2011) |
| 08/15/2011 | 54 | | PRETRIAL STATEMENT by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY. (Attachments: # 1 Exhibit Proposed Voir Dire, # 2 Exhibit Plaintiff's Proposed Jury Instructions, # 3 Exhibit WMATA−Woodson Proposed Jury Instructions, # 4 Exhibit Defendants' Verdict Form, # 5 Exhibit Plaintiff's Verdict Form)(Carey, Kathleen) (Entered: 08/15/2011) |
| 08/16/2011 | 55 | | MOTION in Limine by MARGARETTA SIBERT−DEAN (Attachments: # 1 Exhibit)(Lebowitz, Jacob) (Entered: 08/16/2011) |
| 08/19/2011 | | | MINUTE ORDER (paperless) In order to resolve 55 the plaintiff's pending Motion In Limine before the date of the pretrial conference, the defendants shall file their opposition to the pending motion by August 26, 2011. The plaintiff shall file a Reply, if any, by August 30, 2011. Signed by Judge Beryl A. Howell on August 19, 2011. (lcbah1) (Entered: 08/19/2011) |
| 08/19/2011 | | | Set/Reset Deadlines: Defendants' response to 55 motion in limine due by 8/26/2011. Reply due by 8/30/2011. (zmm, ) (Entered: 08/22/2011) |
| 08/19/2011 | | | Set/Reset Deadlines: Response Motion in Limine due by 8/26/2011 and Reply due by 8/30/2011. (zalg, ) (Entered: 08/23/2011) |
| 08/25/2011 | | | MINUTE ORDER (paperless) The parties are directed to file, by August 29, 2011, a supplement to the joint pretrial statement in accordance with the Court's May 25, 2011 Supplemental Standing Order. Specifically, the parties are directed to submit: (1) a list of expected witnesses and a brief description of each witness' expected testimony; (2) copies of all exhibits and a statement listing the specific objections to any exhibits along with the grounds for the party's objection; (3) a joint agreed upon list of proposed jury instructions; and (4) to the extent that any party intends to use de bene esse depositions of expert witnesses, a statement detailing the basis for the witness' unavailability. See Fed. R. Civ. P. 32(a)(4). Signed by Judge Beryl A. Howell on August 25, 2011. (lcbah1) (Entered: 08/25/2011) |
| 08/25/2011 | | | Set/Reset Deadlines: Parties are directed to file by 8/29/2011, a supplement to the joint pretrial statement in accordance with the Court's May 25, 2011 Supplemental Standing Order. See Order for specifics. (zalg, ) (Entered: 08/25/2011) |
| 08/26/2011 | 56 | | Memorandum in opposition to re 55 MOTION in Limine filed by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY. (Cole, Janice) (Entered: 08/26/2011) |
| 08/29/2011 | 57 | | PRETRIAL STATEMENT by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY. (Attachments: # 1 Exhibit WMATA 1−15 and de bene esse 1, # 2 Exhibit Woodson 1−5)(Carey, Kathleen) (Entered: 08/29/2011) |
| 09/02/2011 | | | MINUTE ORDER (paperless) As represented at the September 2, 2011 pretrial conference, the defendants concede 55 Plaintiff's Motion in Limine. The Plaintiff's Motion in Limine is therefore granted as conceded. Signed by Judge Beryl A. Howell on September 2, 2011. (lcbah1) (Entered: 09/02/2011) |

| | | | |
|---|---|---|---|
| 09/02/2011 | 58 | | ORDER REGARDING TRIAL PROCEDURES. Signed by Judge Beryl A. Howell on September 2, 2011. (lcbah1) (Entered: 09/02/2011) |
| 09/02/2011 | | | Minute Entry for proceedings held before Judge Beryl A. Howell: Pretrial Conference held on 9/2/2011. Motion in Limine 55 granted as conceded. Minute Order to issue. (Court Reporter Lisa Schwam.) (alg, ) (Entered: 09/06/2011) |
| 09/07/2011 | 59 | | ENTERED IN ERROR.....NOTICE of Appearance by Robert Brian Hetherington on behalf of NORMA JEAN WOODSON (Hetherington, Robert) Modified on 9/8/2011 (rdj). (Entered: 09/07/2011) |
| 09/07/2011 | 60 | | MEMORANDUM by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY. (Attachments: # 1 Exhibit excerpts from de bene esse deposition transcript of Kenneth Murray, MD, # 2 Exhibit Complee transcript of Kenneth Murray, MD)(Carey, Kathleen) (Entered: 09/07/2011) |
| 09/07/2011 | 61 | | Response re 60 Memorandum filed by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY by MARGARETTA SIBERT−DEAN. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Lebowitz, Jacob) Modified on 9/8/2011 to enhance text(rdj). (Entered: 09/07/2011) |
| 09/08/2011 | | | NOTICE OF CORRECTED DOCKET ENTRY: re 59 Notice of Appearance was entered in error and counsel is instructed to refile said pleading using their assigned password/login. ( Refer to LCvR 5.4(b) ) (rdj) (Entered: 09/08/2011) |
| 09/14/2011 | 62 | | NOTICE of Appearance by Megan B. Greene on behalf of NORMA JEAN WOODSON (Greene, Megan) (Entered: 09/14/2011) |
| 09/14/2011 | 63 | | MEMORANDUM re 57 Pretrial Statement filed by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY by MARGARETTA SIBERT−DEAN. (Attachments: # 1 Exhibit A &B)(Lebowitz, Jacob) (Entered: 09/14/2011) |
| 09/15/2011 | | | Set/Reset Hearings: The Jury Trial currently set for 9/19/2011 at 9:30 AM is hereby reset for 9/21/2011 at 09:30 AM in Courtroom 15 before Judge Beryl A. Howell. (alg, ) (Entered: 09/15/2011) |
| 09/19/2011 | | | Set/Reset Deadlines/Hearings: Pretrial Conference set for 9/20/2011 at 01:30 PM in Courtroom 15 before Judge Beryl A. Howell. (alg, ) (Entered: 09/19/2011) |
| 09/20/2011 | | | Minute Entry for proceedings held before Judge Beryl A. Howell: Final Pretrial Conference held on 9/20/2011. Jury Trial to begin on 9/21/11 at 9:30 AM. (Court Reporter Lisa Foradori.) (alg, ) (Entered: 09/20/2011) |
| 09/21/2011 | | | Minute Entry for proceedings held before Judge Beryl A. Howell: Voire Dire begun and concluded. Jury Trial held on 9/21/2011. Eight (8) Jurors selected and sworn. Jury Trial continued to 9/22/2011 at 09:30 AM in Courtroom 15 before Judge Beryl A. Howell. (Court Reporter Lisa Griffith (AM) and Lisa Foradori (PM).) (alg, ) (Entered: 09/22/2011) |
| 09/22/2011 | | | Minute Entry for proceedings held before Judge Beryl A. Howell: Jury Trial resumed and held on 9/22/2011. Same Eight (8) Jurors. Jury Trial continued to 9/23/2011 at 09:30 AM in Courtroom 15 before Judge Beryl A. Howell. Witnesses: Patricia Shelton, Margaretta Sibert−Dean and Marsheila Garrett−Acors. (Court Reporter Lisa Griffith (AM) and Lisa Foradori (PM).) (alg) Modified on 9/23/2011 (zalg, ). (Entered: 09/23/2011) |

| | | | |
|---|---|---|---|
| 09/23/2011 | | | NOTICE OF CORRECTED DOCKET ENTRY: 9/22/11 Minute entry modified to reflect the names of witnesses. (alg, ) (Entered: 09/23/2011) |
| 09/23/2011 | | | Minute Entry for proceedings held before Judge Beryl A. Howell: Jury Trial resumed on 9/23/2011. Same Eight (8) Jurors. Jury Trial continued to 9/26/2011 at 09:30 AM in Courtroom 15 before Judge Beryl A. Howell. Witnesses: Norma Jean Woodson and Edwin Fulton, MD. (Court Reporter Lisa Griffith.) (alg) (Entered: 09/26/2011) |
| 09/26/2011 | | | Minute Entry for proceedings held before Judge Beryl A. Howell: Jury Trial resumed on 9/26/2011. Same Eight (8) Jurors. Jury Trial continued to 9/27/2011 at 09:30 AM in Courtroom 15 before Judge Beryl A. Howell. Oral Motion by defendant for Judgment as a Matter of Law heard and denied for reasons stated on the record. Witnesses: Dr. Kenneth James Murray, Sharlean Webb and Dr. Kevin McGrail. (Court Reporter Lisa Foradori (AM) and Chantal Geneus (PM).) (alg) (Entered: 09/27/2011) |
| 09/27/2011 | | | Minute Entry for proceedings held before Judge Beryl A. Howell: Jury Trial resumed on 9/27/2011. Same Eight (8) Jurors. Jury Trial continued to 9/28/2011 at 09:30 AM in Courtroom 15 before Judge Beryl A. Howell. Witnesses: Rochelle Lewis, Dante Dinkins and Michael Cooper. (Court Reporter Chantal Geneus.) (alg) (Entered: 09/27/2011) |
| 09/28/2011 | | | Minute Entry for proceedings held before Judge Beryl A. Howell: Jury Trial resumed on 9/28/2011. Same Jury of 8. Jury Trial continued to 9/29/2011 at 9:30 AM in Courtroom 15 before Judge Beryl A. Howell. Oral motions by defendants for Judgment as a Matter of Law, heard and denied. Defendant WMATA's Expert Witness: Jeffrey Abend, M.D. testified via taped deposition. Plaintiff and defendants rested. Closing arguments begun and continued. (Court Reporter Susan Tyner (morning session); Scott Wallace (afternoon session) (tg, ) (Entered: 09/28/2011) |
| 09/29/2011 | 64 | | Plaintiff Exhibit List from Jury Trial. (alg) (Entered: 09/29/2011) |
| 09/29/2011 | 65 | | Defendant's Exhibit List from Jury Trial. (alg) (Entered: 09/29/2011) |
| 09/29/2011 | 66 | | Attorneys' Acknowledgments Concerning Trial Exhibits. (alg) (Entered: 09/29/2011) |
| 09/29/2011 | | | Minute Entry for proceedings held before Judge Beryl A. Howell: Jury Trial resumed and concluded on 9/29/2011. Same Eight (8) Jurors. Jury Deliberation begun and continued to 9/30/2011 at 09:30 AM in Courtroom 15 before Judge Beryl A. Howell. (Court Reporter Catalina Kerr.) (alg) (Entered: 09/30/2011) |
| 09/30/2011 | | | Minute Entry for proceedings held before Judge Beryl A. Howell: Jury Deliberations resumed and concluded on 9/30/2011. Same Eight (8) Jurors. Jury Verdict in favor of plaintiff Margaretta Sibert−Dean against defendant WMATA and third party defendant Norma Jean Woodson. Jury Panel discharged. (Court Reporter Catalina Kerr.) (alg) (Entered: 09/30/2011) |
| 09/30/2011 | 67 | | Verdict Form. (alg) (Entered: 09/30/2011) |
| 09/30/2011 | 68 | | **Signature Page of Foreperson** in Jury Verdict. (Access to the PDF Document is restricted pursuant to the |

| | | | |
|---|---|---|---|
| | | | E−Government Act. Access is limited to Counsel of Record and the Court.). (alg) (Entered: 09/30/2011) |
| 09/30/2011 | | | MINUTE ORDER (paperless) Upon the jury verdict entered on September 30, 2011, defendant WMATA shall file, by October 7, 2011, any motion seeking contribution in judgment and an associated proposed judgment order. Oppositions, if any, shall be filed by October 18, 2011. Signed by Judge Beryl A. Howell on September 30, 2011. (lcbah1) (Entered: 09/30/2011) |
| 09/30/2011 | | | Set/Reset Deadlines: Any motion seeking contribution in judgment and an associated proposed judgment order due by 10/7/2011. oppositions due by 10/18/2011 (alg) (Entered: 10/03/2011) |
| 10/07/2011 | 69 | | MOTION for Order *to Enter Judgment Reflecting Pro Rata Credit* by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (Cole, Janice) (Entered: 10/07/2011) |
| 10/07/2011 | 70 | | MOTION for New Trial by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (Cole, Janice) (Entered: 10/07/2011) |
| 10/12/2011 | 71 | | NOTICE of Proposed Order *of Judgment* by NORMA JEAN WOODSON (Hetherington, Robert) (Entered: 10/12/2011) |
| 10/18/2011 | 72 | | Memorandum in opposition to re 69 MOTION for Order *to Enter Judgment Reflecting Pro Rata Credit* filed by MARGARETTA SIBERT−DEAN. (Attachments: # 1 Text of Proposed Order of Judgment)(Lebowitz, Jacob) (Entered: 10/18/2011) |
| 10/24/2011 | 73 | | Memorandum in opposition to re 70 MOTION for New Trial filed by MARGARETTA SIBERT−DEAN. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1)(Lebowitz, Jacob) (Entered: 10/24/2011) |
| 11/03/2011 | 74 | | REPLY to opposition to motion re 70 MOTION for New Trial filed by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY. (Carey, Kathleen) (Entered: 11/03/2011) |
| 12/04/2011 | 75 | | MEMORANDUM OPINION regarding 70 defendant Washington Metropolitan Area Transit Authority's Motion for a New Trial. Signed by Judge Beryl A. Howell on December 4, 2011. (lcbah1) (Entered: 12/04/2011) |
| 12/04/2011 | 76 | | ORDER denying 70 defendant Washington Metropolitan Area Transit Authority's Motion for a New Trial. Signed by Judge Beryl A. Howell on December 4, 2011. (lcbah1) (Entered: 12/04/2011) |
| 12/04/2011 | 77 | | ORDER OF JUDGMENT. Signed by Judge Beryl A. Howell on December 4, 2011. (lcbah1) (Entered: 12/04/2011) |
| 12/12/2011 | 78 | | CLERK'S JUDGMENT in favor of Plaintiff against Defendant. Signed by Alissa Powell, Deputy Clerk on 12/12/11. (alp) (Entered: 12/12/2011) |
| 12/15/2011 | 79 | | BILL OF COSTS by MARGARETTA SIBERT−DEAN. (Attachments: # 1 Exhibit Invoices and Receipts)(Lebowitz, Jacob) (Entered: 12/15/2011) |
| 12/28/2011 | 80 | | NOTICE OF APPEAL as to 75 Memorandum &Opinion, 78 Clerk's Judgment, 76 Order on Motion for New Trial by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY. Fee Status: No Fee Paid. Parties have been |

| | | | |
|---|---|---|---|
| | | | notified. (Cole, Janice) Modified on 12/29/2011 to add linkage and enhance text(rdj). (Entered: 12/28/2011) |
| 12/29/2011 | 81 | | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court re 80 Notice of Appeal. (rdj) (Entered: 12/29/2011) |
| 12/29/2011 | | 19 | USCA Appeal Fees received $ 455 receipt number 4616044820 re 80 Notice of Appeal, filed by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (rdj) (Entered: 12/29/2011) |
| 12/29/2011 | 82 | | MEMORANDUM re 79 BILL OF COSTS by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY. (Attachments: # 1 Text of Proposed Order Denying in part Plaintiff's bill of costs)(Carey, Kathleen) Modified on 12/30/2011 (rdj). (Entered: 12/29/2011) |

```
MIME-Version:1.0
From:DCD_ECFNotice@dcd.uscourts.gov
To:DCD_ECFNotice@localhost.localdomain
Bcc:
--Case Participants: Mark F. Sullivan (msullivan@wmata.com), Kathleen Ann Carey
(kcarey@wmata.com), Peter C. Grenier (agregorian@bode.com, jlebowitz@bode.com,
kmadarang@bode.com, ntrombly@bode.com, pgrenier@bode.com, pmartin@bode.com), Robert Brian
Hetherington (hetheringtonr@mcwilson.com, murphye@mcwilson.com), Janice Lynn Cole
(jlcole@wmata.com), Jacob M. Lebowitz (jlebowitz@bode.com), Lindsay Cohn Cooper
(lcooper@sbwlaw.com), Michael Joseph Belsky (mbelsky@sbwlaw.com), Megan B. Greene
(greenem@mcwilson.com), Judge Beryl A. Howell
--Non Case Participants: Clerk of Court, US Court of Appeals
--No Notice Sent:

Message-Id:3148421@dcd.uscourts.gov
Subject:Activity in Case 1:08-cv-02145-BAH SIBERT-DEAN v. WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY USCA Appeal Fees
Content−Type: text/html
```

# U.S. District Court

# District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 12/29/2011 at 4:10 PM EDT and filed on 12/29/2011

| | |
|---|---|
| **Case Name:** | SIBERT−DEAN v. WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY |
| **Case Number:** | 1:08−cv−02145−BAH |
| **Filer:** | |
| **WARNING: CASE CLOSED on 12/04/2011** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **USCA Appeal Fees received $ 455 receipt number 4616044820 re [80] Notice of Appeal, filed by WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY (rdj)**

**1:08−cv−02145−BAH Notice has been electronically mailed to:**

Kathleen Ann Carey   kcarey@wmata.com

Peter C. Grenier   pgrenier@bode.com, agregorian@bode.com, jlebowitz@bode.com, kmadarang@bode.com, ntrombly@bode.com, pmartin@bode.com

Mark F. Sullivan   msullivan@wmata.com

Janice Lynn Cole   jlcole@wmata.com

Robert Brian Hetherington   hetheringtonr@mcwilson.com, murphye@mcwilson.com